# EXHIBIT
# E

**Claim Chart for U.S. Patent No. 7,092,464**

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| A method for performing real-time receiver processing in a multiple access system that has error correction coding enabled, the method comprising: | To the extent that the preamble is a limitation, the Accused '464 Instrumentalities perform real-time receiver processing in a multiple access system that has error correction coding enabled, as described below.<br><br>For example, the Accused '464 Instrumentalities include Qualcomm chipsets that perform the methods described below when using LTE, 5G and Wi-Fi.<br><br>San Diego and Cupertino, California — Qualcomm and Apple today announced an agreement to dismiss all litigation between the two companies worldwide. The settlement includes a payment from Apple to Qualcomm. The companies also have reached a six-year license agreement, effective as of April 1, 2019, including a two-year option to extend, and a multiyear chipset supply agreement.<br><br>*Apple Inc.*, Qualcomm and Apple agree to drop all litigation, Apple Newsroom (Apr. 16, 2019), https://www.apple.com/newsroom/2019/04/qualcomm-and-apple-agree-to-drop-all-litigation/. |

1

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | With the C1, Apple is using a cellular modem of its own design for the first time. Apple has been buying cellular modems from Qualcomm, primarily, since the original iPhone in 2007. The iPhone 11, iPhone XS/XR, and 2nd-generation iPhone SE, along with some variants of the iPhone X, featured some 4G LTE cellular modems made by Intel, but since the iPhone began to support 5G with the iPhone 12, all modems have been made by Qualcomm.<br><br>*Jason Cross*, Apple's iPhone C1 5G modem is here: What does it mean and what comes next?, *Macworld* (Feb. 26, 2025), https://www.macworld.com/article/2618003/apple-iphone-c1-5g-modem-faq.html.<br><br>[0026]  The techniques described herein may be used for various wireless communication networks such as CDMA, TDMA, FDMA, OFDMA, SC-FDMA and other networks. The terms "network" and "system" are often used interchangeably. A CDMA network may implement a radio technology such as Universal Terrestrial Radio Access (UTRA), cdma2000, etc. UTRA includes Wideband CDMA (WCDMA) and other variants of CDMA. cdma2000 covers IS-2000, IS-95 and IS-856 standards. A TDMA network may implement a radio technology such as Global System for Mobile Communications (GSM). An OFDMA network may |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | implement a radio technology such as Evolved UTRA (E-UTRA), Ultra Mobile Broadband (UMB), IEEE 802.11 (Wi-Fi), IEEE 802.16 (WiMAX), IEEE 802.20, Flash-OFDM®, etc. UTRA and E-UTRA are part of Universal Mobile Telecommunication System (UMTS). 3GPP Long Term Evolution (LTE) and LTE-Advanced (LTE-A) are new releases of UMTS that use E-UTRA. UTRA, E-UTRA, UMTS, LTE, LTE-A and GSM are described in documents from an organization named "3rd Generation Partnership Project" (3GPP). cdma2000 and UMB are described in documents from an organization named "3rd Generation Partnership Project 2" (3GPP2). The techniques described herein may be used for the wireless networks and radio technologies mentioned above as well as other wireless networks and radio technologies. For clarity, certain aspects of the techniques are described below for LTE, and LTE terminology is used in much of the description below.<br><br>U.S. Patent Publ. No. 2014/0241260 ¶ 26. |
| receiving a block of signal data including an intended signal and one or more interfering signals for other users of the system; | The Accused '464 Instrumentalities receive a block of signal data including an intended signal and one or more interfering signals for other users of the system.<br><br>For example, the Accused '464 Instrumentalities are capable of receiving MIMO Rank2 data streams.<br><br>LTE and 5G use multiple-input multiple-output for downlink transmissions. |

3

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | ### 5.1.5 Downlink multi-antenna transmission<br><br>Multi-antenna transmission with 2 and 4 transmit antennas is supported. The maximum number of codeword is two irrespective to the number of antennas with fixed mapping between code words to layers.<br><br>Spatial division multiplexing (SDM) of multiple modulation symbol streams to a single UE using the same time-frequency (-code) resource, also referred to as Single-User MIMO (SU-MIMO) is supported. When a MIMO channel is solely assigned to a single UE, it is known as SU-MIMO. Spatial division multiplexing of modulation symbol streams to different UEs using the same time-frequency resource, also referred to as MU-MIMO, is also supported. There is semi-static switching between SU-MIMO and MU-MIMO per UE.<br><br>In addition, the following techniques are supported:<br><br>- Code-book-based pre-coding with a single pre-coding feedback per full system bandwidth when the system bandwidth (or subset of resource blocks) is smaller or equal to 12RB and per 5 adjacent resource blocks or the full system bandwidth (or subset of resource blocks) when the system bandwidth is larger than 12RB.<br><br>- Rank adaptation with single rank feedback referring to full system bandwidth. Node B can override rank report.<br><br>See e.g., 3GPP TS 36.300 V8.8.0 at pg. 26.<br><br>DCI format 2 carries mobile-specific transmission parameters, including a resource block assignment, subchannel configuration, and precoding information, antenna transmission scheme. For the precoding information, an index value of 0 indicates transmission diversity, and an index, such as 2, indicates a MIMO scheme. |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | **5.3.3.1.5 Format 2**<br><br>The following information is transmitted by means of the DCI format 2:<br><br>- Resource allocation header (resource allocation type 0 / type 1) – 1 bit as defined in section 7.1.6 of [3]<br><br>If downlink bandwidth is less than or equal to 10 PRBs, there is no resource allocation header and resource allocation type 0 is assumed.<br><br>- Resource block assignment:<br><br>- For resource allocation type 0 defined in section 7.1.6.1 of [3]:<br><br>- $\left\lceil N_{RB}^{DL}/P \right\rceil$ bits provide the resource allocation<br><br>- For resource allocation type 1 as defined in section 7.1.6.2 of [3]:<br><br>- $\left\lceil \log_2(P) \right\rceil$ bits of this field are used as a header specific to this resource allocation type to indicate the selected resource blocks subset<br><br>- 1 bit indicates a shift of the resource allocation span<br><br>- $\left( \left\lceil N_{RB}^{DL}/P \right\rceil - \left\lceil \log_2(P) \right\rceil - 1 \right)$ bits provide the resource allocation<br><br>where the value of P depends on the number of DL resource blocks as indicated in subclause 7.1.6.1 of [3]<br><br>- TPC command for PUCCH – 2 bits as defined in section 5.1.2.1 of [3]<br><br>- Downlink Assignment Index (this field is present in TDD for all the uplink –downlink configurations and only applies to TDD operation with uplink –downlink configuration 1-6. This field is not present in FDD) – 2 bits<br><br>- HARQ process number - 3 bits (FDD), 4 bits (TDD)<br><br>- Transport block to codeword swap flag – 1 bit |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | In addition, for transport block 1: <br><br> - Modulation and coding scheme – 5 bits as defined in section 7.1.7 of [3] <br><br> - New data indicator – 1 bit <br><br> - Redundancy version – 2 bits <br><br> In addition, for transport block 2: <br><br> - Modulation and coding scheme – 5 bits as defined in section 7.1.7 of [3] <br><br> - New data indicator – 1 bit <br><br> - Redundancy version – 2 bits <br><br> Precoding information – number of bits as specified in Table 5.3.3.1.5-3 <br><br> ... <br><br> The interpretation of the precoding information field depends on the number of enabled codewords according to Table 5.3.3.1.5-4 and Table 5.3.3.1.5-5. Note that TPMI indicates which codebook index is used in Table 6.3.4.2.3-1 or Table 6.3.4.2.3-2 of [2]. For a single enabled codeword, indices 18 to 34 inclusive in Table 5.3.3.1.5-5 are only supported for retransmission of the corresponding transport block if that transport block has previously been transmitted using two layers with closed-loop spatial multiplexing. <br><br> ... <br><br> **Table 5.3.3.1.5-3: Number of bits for precoding information** <br><br> <table><tr><th>Number of antenna ports at eNodeB</th><th>Number of bits for precoding information</th></tr><tr><td>2</td><td>3</td></tr><tr><td>4</td><td>6</td></tr></table> |

6

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
|  | **Table 5.3.3.1.5-4: Content of precoding information field for 2 antenna ports** |

Table 5.3.3.1.5-4: Content of precoding information field for 2 antenna ports

| One codeword: Codeword 0 enabled, Codeword 1 disabled | | Two codewords: Codeword 0 enabled, Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 2 layers: Transmit diversity | 0 | 2 layers: Precoding corresponding to precoder matrix $\frac{1}{2}\begin{bmatrix} 1 & 1 \\ 1 & -1 \end{bmatrix}$ |
| 1 | 1 layer: Precoding corresponding to precoding vector $\begin{bmatrix} 1 & 1 \end{bmatrix}^T / \sqrt{2}$ | 1 | 2 layers: Precoding corresponding to precoder matrix $\frac{1}{2}\begin{bmatrix} 1 & 1 \\ j & -j \end{bmatrix}$ |
| 2 | 1 layer: Precoding corresponding to precoder vector $\begin{bmatrix} 1 & -1 \end{bmatrix}^T / \sqrt{2}$ | 2 | 2 layers: Precoding according to the latest PMI report on PUSCH, using the precoder(s) indicated by the reported PMI(s) |
| ... | ... | ... | ... |

See e.g., 3GPP TS 36.212 V8.8.0 at pgs. 49-52.

Both resource allocation types 0 and 1 indicate the resource block groups assigned to the UE using a bit map. The bit map indicates whether adjacent resource block groups are used, localized subcarriers, or whether non-adjacent resource block groups are used, distributed subcarriers.

7

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | ### 7.1.6.1 Resource allocation type 0<br><br>In resource allocations of type 0, resource block assignment information includes a bitmap indicating the resource block groups (RBGs) that are allocated to the scheduled UE where a RBG is a set of consecutive physical resource blocks (PRBs). Resource block group size ($P$) is a function of the system bandwidth as shown in Table 7.1.6.1-1. The total number of RBGs ($N_{RBG}$) for downlink system bandwidth of $N_{RB}^{DL}$ PRBs is given by $N_{RBG} = \left\lceil N_{RB}^{DL} / P \right\rceil$ where $\left\lfloor N_{RB}^{DL} / P \right\rfloor$ of the RBGs are of size P and if $N_{RB}^{DL} \bmod P > 0$ then one of the RBGs is of size $N_{RB}^{DL} - P \cdot \left\lfloor N_{RB}^{DL} / P \right\rfloor$.<br><br>The bitmap is of size $N_{RBG}$ bits with one bitmap bit per RBG such that each RBG is addressable. The RBGs shall be indexed in the order of increasing frequency and non-increasing RBG sizes starting at the lowest frequency. The order of RBG to bitmap bit mapping is in such way that RBG 0 to RBG $N_{RBG} - 1$ are mapped to MSB to LSB of the bitmap. The RBG is allocated to the UE if the corresponding bit value in the bitmap is 1, the RBG is not allocated to the UE otherwise.<br><br>**Table 7.1.6.1-1: Type 0 Resource Allocation RBG Size vs. Downlink System Bandwidth**<br><br>System Bandwidth $N_{RB}^{DL}$ / RBG Size (P):<br>≤10 / 1<br>11 – 26 / 2<br>27 – 63 / 3<br>64 – 110 / 4<br><br>See e.g., 3GPP TS 36.213 V8.8.0 at pgs. 22 and 23. |

8

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | **7.1.6.2     Resource allocation type 1** <br><br> In resource allocations of type 1, a resource block assignment information of size $N_{RBG}$ indicates to a scheduled UE the PRBs from the set of PRBs from one of $P$ RBG subsets. Also $P$ is the RBG size associated with the system bandwidth as shown in Table 7.1.6.1-1. A RBG subset $p$, where $0 \leq p < P$, consists of every $P$ th RBG starting from RBG $p$. The resource block assignment information consists of three fields [4]. <br><br> The first field with $\lceil \log_2(P) \rceil$ bits is used to indicate the selected RBG subset among $P$ RBG subsets. <br><br> The second field with one bit is used to indicate a shift of the resource allocation span within a subset. A bit value of 1 indicates shift is triggered. Shift is not triggered otherwise. <br><br> The third field includes a bitmap, where each bit of the bitmap addresses a single PRB in the selected RBG subset in such a way that MSB to LSB of the bitmap are mapped to the PRBs in the increasing frequency order. The PRB is allocated to the UE if the corresponding bit value in the bit field is 1, the PRB is not allocated to the UE otherwise. The portion of the bitmap used to address PRBs in a selected RBG subset has size $N_{RB}^{TYPE1}$ and is defined as <br><br> $$N_{RB}^{TYPE1} = \left\lceil N_{RB}^{DL} / P \right\rceil - \left\lceil \log_2(P) \right\rceil - 1$$ <br><br> See e.g., 3GPP TS 36.213 V8.8.0 at pg. 23. <br><br><br> Additionally, channel state information, such as channel quality indication (CQI), precoding matrix indicator (PMI) and rank indication (RI) values, can be used by the serving base station to determine grants: |

| Claim 1 | Accused Apple Instrumentalities |
|---------|--------------------------------|
| | ## 7.2 UE procedure for reporting channel quality indication (CQI), precoding matrix indicator (PMI) and rank indication (RI)<br><br>The time and frequency resources that can be used by the UE to report CQI, PMI, and RI are controlled by the eNB. For spatial multiplexing, as given in [3], the UE shall determine a RI corresponding to the number of useful transmission layers. For transmit diversity as given in [3], RI is equal to one.<br><br>CQI, PMI, and RI reporting is periodic or aperiodic.<br><br>A UE shall transmit periodic CQI/PMI, or RI reporting on PUCCH as defined hereafter in subframes with no PUSCH allocation. A UE shall transmit periodic CQI/PMI or RI reporting on PUSCH as defined hereafter in subframes with PUSCH allocation, where the UE shall use the same PUCCH-based periodic CQI/PMI or RI reporting format on PUSCH.<br><br>A UE shall transmit aperiodic CQI/PMI, and RI reporting on PUSCH if the conditions specified hereafter are met. For aperiodic CQI reporting, RI reporting is transmitted only if configured CQI/PMI/RI feedback type supports RI reporting.<br><br>The CQI transmissions on PUCCH and PUSCH for various scheduling modes are summarized in the following table:<br><br>**Table 7.2-1: Physical Channels for Aperiodic or Periodic CQI reporting**<br><br>See e.g., 3GPP TS 36.213 V8.8.0 at pgs. 33-34; *see also id.* at Section 7.2. |

Table 7.2-1:

| Scheduling Mode | Periodic CQI reporting channels | Aperiodic CQI reporting channel |
|-----------------|-------------------------------|-------------------------------|
| Frequency non-selective | PUCCH | |
| Frequency selective | PUCCH | PUSCH |

10

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | *PCMag's* testing shows that the iPhone XS showed much faster LTE download speeds than the iPhone X, thanks largely to Apple's (long-awaited) inclusion of 4x4 MIMO in the iPhone XS and iPhone XS Max:<br><br>*The first thing you see is the effect of the new 4x4 MIMO antennas. In good signal conditions, they double the phone's speeds, but they also help in weak signal conditions. Apple was the last major manufacturer to adopt 4x4 MIMO, and it was desperately needed.*<br>*Between the three 4x4 MIMO phones, you can see that in good signal conditions, the Qualcomm-powered Galaxy Note 9 and Google Pixel 2 still do a bit better than the iPhone XS Max. But as signal gets weaker, the XS Max really competes, showing that it's well tuned.*<br><br>https://www.bgr.com/tech/iphone-xs-vs-iphone-x-speed-lte-cell-signal/ |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | <br>https://www.apple.com/iphone/compare/?modelList=iphone-13,iphone-17-pro-max,iphone-17<br><br>Similarly, Wi-Fi supports MIMO, which allows multiple antennas to transmit using the same time-frequency resources. |

12

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | **5.2.9 High-throughput (HT) station (STA)**<br><br>The IEEE 802.11 HT STA provides physical layer (PHY) and medium access control (MAC) features that can support a throughput of 100 Mb/s and greater, as measured at the MAC data service access point (SAP). An HT STA supports HT features as identified in Clause 9 and Clause 20. An HT STA operating in the 5 GHz band supports transmission and reception of frames that are compliant with mandatory PHY specifications as defined in Clause 17. An HT STA operating in the 2.4 GHz band supports transmission and reception of frames that are compliant with mandatory PHY specifications as defined in Clause 18 and Clause 19. An HT STA is also a quality of service (QoS) STA. The HT features are available to HT STAs associated with an HT access point (AP) in a basic service set (BSS). A subset of the HT features is available for use between two HT STAs that are members of the same independent basic service set (IBSS).<br><br>An HT STA has PHY features consisting of the modulation and coding scheme (MCS) set described in 20.3.5 and physical layer convergence procedure (PLCP) protocol data unit (PPDU) formats described in 20.1.4. Some PHY features that distinguish an HT STA from a non-HT STA are referred to as multiple input, multiple output (MIMO) operation; spatial multiplexing (SM); spatial mapping (including transmit beamforming); space-time block coding (STBC); low-density parity check (LDPC) encoding; and antenna selection (ASEL). The allowed PPDU formats are non-HT format, HT-mixed format, and HT-greenfield format. The PPDUs may be transmitted with 20 MHz or 40 MHz bandwidth.<br><br>An HT STA has MAC features that include frame aggregation, some Block Ack features, power save multi-poll (PSMP) operation, reverse direction (RD), and protection mechanisms supporting coexistence with non-HT STAs.<br><br>IEEE, Std 802.11n-2009, at 10. |
| generating reliability information using a multiuser interference mitigation algorithm, the reliability information including confidence values for each user represented during the block; | The Accused '464 Instrumentalities generate reliability information using a multiuser interference mitigation algorithm, the reliability information including confidence values for each user represented during the block.<br><br>For example, the Accused '464 Instrumentalities generate Euclidean distances and LLRs for different spatial layers using a multiuser interference algorithm in receiving MIMO Rank2 data streams across, for example, a subframe.<br><br>Carriers such as Verizon require various forms of multiuser interference techniques. |

13

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | **1.3.2.20    LTE R10 eICIC and CRS IC w/o ABS (Enhanced Inter-Cell Interference Cancellation)** VZ_REQ_LTEB13NAC_36948<br><br>. . .<br><br>**1.3.2.28    Blind    Data    Interference    Cancellation/Supression**<br>VZ_REQ_LTEB13NAC_1238184<br><br>. . .<br><br>_(table shown below)_<br><br>Verizon Wireless, *LTE 3GPP Band 13 Network Access Requirement Plan (LTEB13NAC)* 126, 141, 373–74 (Version 49, Feb. 2023). |

| Test Case Name | Test Plan Id | Created By | Created Date |
|---|---|---|---|
| eICIC GCF RF Conformance Test Cases | SUPRFCONF13 | Admin User | 01-27-2015 00:00:00 |
| feICIC PBCH INTERFERENCE CANCELLATION PERFORMANCE | 3GPPB13SUPRRM | Admin User | 01-27-2015 00:00:00 |
| feICIC UE Handover Range Extension (10MHz BW) | 3GPPB13SUPRRM | Admin User | 01-27-2015 00:00:00 |
| feICIC UE Handover Range Extension (20MHz BW) | LTEINTERBAND | Admin User | 01-27-2015 00:00:00 |
| feICIC UE Handover Range Extension (20MHz BW, Single Interferer) | LTEINTERBAND | Admin User | 01-27-2015 00:00:00 |

Req-7 VZ_REQ_LTEB13NAC_36969

14

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | Qualcomm documentation likewise shows use of multiuser interference mitigation algorithms to generate LLRs for each spatial layer. <br><br> **B. Linear Receivers** <br><br> Linear detectors demap the received vector $\mathbf{y}$ in two steps: left-multiplying Equation 1 by a linear filter matrix $\mathbf{G}$, followed by quantization to the constellation. Mathematically <br><br> $$\mathbf{x}_{\text{linear}} = \lfloor \mathbf{G}\mathbf{y} \rceil_{\Omega^M} \qquad (7)$$ <br><br> where $\lfloor \bullet \rceil_{\Omega^M}$ denotes quantization and remapping into the constellation $\Omega^M$. Different linear detectors make different choices about $\mathbf{G}$. For a finite set $\mathcal{X}$ we define the quantization operator for a real scalar variable $x$ as <br><br> $$\lfloor x \rceil_{\mathcal{X}} = \min_{y \in \mathcal{X}} |x - y|. \qquad (8)$$ <br><br> For complex scalars, we quantize the real and imaginary components independently and for vectors, we quantize each dimension independently too. <br><br> Daniel E. Worrall et al., *Learning Perturbations for Soft-Output Linear MIMO Demappers*, arXiv:2209.00529 (v2) at (2022) |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | <br><br>Figure 7  Block diagram of post-decoding IC using MMSE Symbol Estimator<br><br>U.S. Patent No. 8,254,502 |

16

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| |  FIG. 7 illustrates example operations **700** that may be performed by a UE to perform interference cancellation or interference mitigation based on network assisted interference cancellation information in accordance with aspects of the present disclosure. Operations **700** may begin at **702**, where a UE can receive network assisted interference cancellation (NAIC) information from a potentially interfering neighbor base station. At **704**, the UE can perform interference cancellation or suppression when processing a signal from a serving base station using the NAIC information. |

17

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | The eNBs **204** may have multiple antennas supporting MIMO technology. The use of MIMO technology enables the eNBs **204** to exploit the spatial domain to support spatial multiplexing, beamforming, and transmit diversity. Spatial multiplexing may be used to transmit different streams of data simultaneously on the same frequency. The data streams may be transmitted to a single UE **206** to increase the data rate or to multiple UEs **206** to increase the overall system capacity. This is achieved by spatially precoding each data stream (e.g., applying a scaling of an amplitude and a phase) and then transmitting each spatially precoded stream through multiple transmit antennas on the DL. The spatially precoded data streams arrive at the UE(s) **206** with different spatial signatures, which enables each of the UE(s) **206** to recover the one or more data streams destined for that UE **206**. On the UL, each UE **206** transmits a spatially precoded data stream, which enables the eNB **204** to identify the source of each spatially precoded data stream.<br><br>U.S. Patent No. 9,641,310 at 7:24–41; 13:1–10. |

18

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | [0053]   For LTE downlink, on a retransmission of the physical downlink shared channel (PDSCH)—which uses turbo-coding—the UE receiver typically combines the calculated log-likelihood ratios LLRs from the current transmission with a stored sum from prior transmissions prior to re-attempting decoding. Consequently, the UE receiver typically stores LLRs from prior transmissions for each of the active HARQ interlaces. The total number of soft channel bits (e.g., LLRs) expected to be stored by the UE across all HARQ interlaces is represented by the value N_soft. If each of the LLRs is stored at a resolution with M bits precision, then the total UE storage across all HARQ interlaces can be approximated by M×N_soft—although memory addressing requirements typically are slightly higher than the approximated storage.<br><br>U.S. Patent Publ. No. 2014/0241269. |
| comparing current confidence values for a user with previous confidence values for that user; and | The Accused '464 Instrumentalities compare current confidence values for a user with previous confidence values for that user.<br><br>For example, the Accused '464 Instrumentalities upon failure of a CRC check compares new LLRs for a user with previously stored LLRs for that same user. |

19

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
|  | [0009]   Certain aspects provide a method for wireless communications by an electronic device. The method generally includes receiving a transmission of a physical downlink shared channel (PDSCH) having a transport block (TB) comprising at least one code block (CB), performing a cyclic redundancy check (CRC) of the at least one CB, in a memory external to a modem core of the electronic device, storing a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded |
|  | bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and using the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH. |

20

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | [0010]   Certain aspects provide an apparatus for wireless communications by an electronic device. The apparatus generally includes means for receiving a transmission of a physical downlink shared channel (PDSCH) having a transport block (TB) comprising at least one code block (CB), means for performing a cyclic redundancy check (CRC) of the at least one CB, means for, in a memory external to a modem core of the electronic device, storing a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and means for using the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH. |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | [0011] Certain aspects provide an apparatus for wireless communications by an electronic device. The apparatus generally includes at least one processor configured to receive a transmission of a physical downlink shared channel (PDSCH) having a transport block (TB) comprising at least one code block (CB), perform a cyclic redundancy check (CRC) of the at least one CB, in a memory external to a modem core of the electronic device, store a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and use the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH. The apparatus generally also includes a memory coupled with the at least one processor. |

22

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | [0012]   Certain aspects provide a computer program product for wireless communications by an electronic device. The computer program product generally includes a computer-readable medium having instructions stored thereon, the instructions executable by an apparatus for receiving a transmission of a physical downlink shared channel (PDSCH) having a transport block (TB) comprising at least one code block (CB), performing a cyclic redundancy check (CRC) of the at least one CB, in a memory external to a modem core of the electronic device, storing a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and using the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH.<br><br>[0064]   According to certain aspects, the LLR write range for a failing CB may be reduced and/or minimized based on the range of a current transmission's LLRs and/or the range of one or more previous transmissions' LLRs. For example, LLRs already stored for a CB (e.g., from a previous failing CB CRC) are only re-offloaded for the current transmission if |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | there is a potential change in their value based on the current range. In aspects, for a given CB that fails its CB CRC, only LLRs from the subset of the CB circle on which new information was received on this transmission are offloaded, since other ranges have not yet been transmitted or were already stored for potential onload. |
| | [0065]   FIG. 6 illustrates an example LLR write range to a virtual circular buffer 600 for a failing first transmission, in accordance with certain aspects of the present disclosure. As shown in FIG. 6, for a given CB, subsets of $N_{cb}$ may be offloaded according to which LLRs were affected by the latest transmission. For example, the LLRs from the demodulator output may be offloaded (e.g., read from the local memory and written to the external memory) if the CB failed its CB CRC. The other values may remain uninitialized. |

24

| Claim 1 | Accused Apple Instrumentalities |
| --- | --- |
|  | [0066]  FIG. 7 illustrates an exemplary LLR read/write ranges to/from a virtual circular buffer 700 for a failing re-transmission, in accordance with certain aspects of the present disclosure. As seen in FIG. 7, on a CB re-transmission (e.g., current transmission 702), LLRs 706 associated with a previous transmission 704 (e.g., the transmission of FIG. 6) of the CB may be onloaded (e.g., read from the external memory and written to the local memory). As shown in FIG. 7, the LLR range 708 of the current transmission 702 may have an M bit start address such that the LLR range 708 of the current transmission 702 overlaps with the LLR 706 of the previous transmission that have already been stored to the buffer and are available for onload. Thus, for the current transmission, only the non-overlapping LLRs may be offloaded (e.g., if the transmission failed its CB CRC) to the external memory. In the next transmission, the stored LLRs from both the current transmission 702 and the previous transmission 706 will be available for onload.<br><br>. . . |

25

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | **[0074]** At **906**, the electronic device, in a memory external to a modem core of the electronic device, may store a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions. For example, the subset may comprises LLRs outside the LLR range of the one or more previous transmissions. In aspects, the subset may be further based on a size of memory local to the modem core. In aspects, a range of a transmission may be based on a bandwidth associated with the transmission, and may be determined and/or known to the receiver or receive processor receiving the transmission. |
| | **[0075]** According to certain aspects, the electronic device may store, in the memory, based at least in part on a LLR range of the re-transmission, LLRs associated with the re-transmission including the at least one CB if the at least one CB failed the CRC or decoded bits associated with the re-transmission including the at least one CB if the at least one CB passed the CRC. In aspects, the electronic device may, in the memory, store based on LLR ranges of previous transmissions, LLRs associated with a second re-transmission including the at least one CB if the at least one CB failed the CRC or decoded bits associated with the second re-transmission including the at least one CB if the at least one CB passed the |

26

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | CRC. In aspects, the LLRs or decoded bits may be stored in a memory local to the modem core prior to storing in the memory.<br><br>U.S. Patent Publ. No. 2014/0241260 ¶¶ 9, 10, 11, 12, 64, 65, 66, 74, 75..<br><br>[0128]   According to certain aspects, a joint (e.g., shared) HARQ LLR and RLC reordering buffer may be used to reduce overall storage overhead for HARQ operations. The HARQ LLR buffer and reordering buffer store complementary information (e.g., the HARQ LLR buffer stores failed TBs and the ARQ reordering buffer stores out of order passing TBs after a TB failure event). The shared buffer may be jointly managed at the receiver side, for example, using a same memory as dynamic partitioning memory.<br><br>U.S. Patent Publ. No. 2017/0207884 ¶ 128. |
| in response to the comparison indicating a change in confidence values for the user does not exceed a threshold, using previously decoded confidence values and corresponding bit estimates for that user, thereby reducing error correction coding complexity. | In response to the comparison indicating a change in confidence values for the user does not exceed a threshold, the Accused '464 Instrumentalities use previously decoded confidence values and corresponding bit estimates for that user, thereby reducing error correction coding complexity.<br><br>For example, when the comparison of LLR ranges shows that the current transmission provides no new LLR positions, the Apple Instrumentalities reuse the previously stored LLRs for that user, thereby avoiding additional offload or processing and reducing overall error correction coding complexity. |

27

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | [0009]   Certain aspects provide a method for wireless communications by an electronic device. The method generally includes receiving a transmission of a physical downlink shared channel (PDSCH) having a transport block (TB) comprising at least one code block (CB), performing a cyclic redundancy check (CRC) of the at least one CB, in a memory external to a modem core of the electronic device, storing a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded<br><br>bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and using the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH. |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
|  | [0010]   Certain aspects provide an apparatus for wireless communications by an electronic device. The apparatus generally includes means for receiving a transmission of a physical downlink shared channel (PDSCH) having a transport block (TB) comprising at least one code block (CB), means for performing a cyclic redundancy check (CRC) of the at least one CB, means for, in a memory external to a modem core of the electronic device, storing a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and means for using the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH. |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | [0011]  Certain aspects provide an apparatus for wireless communications by an electronic device. The apparatus generally includes at least one processor configured to receive a transmission of a physical downlink shared channel (PD-SCH) having a transport block (TB) comprising at least one code block (CB), perform a cyclic redundancy check (CRC) of the at least one CB, in a memory external to a modem core of the electronic device, store a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and use the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH. The apparatus generally also includes a memory coupled with the at least one processor. |

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | [0012] Certain aspects provide a computer program product for wireless communications by an electronic device. The computer program product generally includes a computer-readable medium having instructions stored thereon, the instructions executable by an apparatus for receiving a transmission of a physical downlink shared channel (PDSCH) having a transport block (TB) comprising at least one code block (CB), performing a cyclic redundancy check (CRC) of the at least one CB, in a memory external to a modem core of the electronic device, storing a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions, and using the stored subset of LLRs or decoded bits to process a re-transmission of the PDSCH.<br><br>[0064] According to certain aspects, the LLR write range for a failing CB may be reduced and/or minimized based on the range of a current transmission's LLRs and/or the range of one or more previous transmissions' LLRs. For example, LLRs already stored for a CB (e.g., from a previous failing CB CRC) are only re-offloaded for the current transmission if |

31

| Claim 1 | Accused Apple Instrumentalities |
|---|---|
| | there is a potential change in their value based on the current range. In aspects, for a given CB that fails its CB CRC, only LLRs from the subset of the CB circle on which new information was received on this transmission are offloaded, since other ranges have not yet been transmitted or were already stored for potential onload. |
| | [0065]    FIG. 6 illustrates an example LLR write range to a virtual circular buffer 600 for a failing first transmission, in accordance with certain aspects of the present disclosure. As shown in FIG. 6, for a given CB, subsets of $N_{cb}$ may be offloaded according to which LLRs were affected by the latest transmission. For example, the LLRs from the demodulator output may be offloaded (e.g., read from the local memory and written to the external memory) if the CB failed its CB CRC. The other values may remain uninitialized. |

32

| Claim 1 | Accused Apple Instrumentalities |
|---------|--------------------------------|
| | [0066]    FIG. 7 illustrates an exemplary LLR read/write ranges to/from a virtual circular buffer 700 for a failing re-transmission, in accordance with certain aspects of the present disclosure. As seen in FIG. 7, on a CB re-transmission (e.g., current transmission 702), LLRs 706 associated with a previous transmission 704 (e.g., the transmission of FIG. 6) of the CB may be onloaded (e.g., read from the external memory and written to the local memory). As shown in FIG. 7, the LLR range 708 of the current transmission 702 may have an M bit start address such that the LLR range 708 of the current transmission 702 overlaps with the LLR 706 of the previous transmission that have already been stored to the buffer and are available for onload. Thus, for the current transmission, only the non-overlapping LLRs may be offloaded (e.g., if the transmission failed its CB CRC) to the external memory. In the next transmission, the stored LLRs from both the current transmission 702 and the previous transmission 706 will be available for onload.<br><br>. . . |

33

| Claim 1 | Accused Apple Instrumentalities |
|---------|--------------------------------|
| | [0074]    At **906**, the electronic device, in a memory external to a modem core of the electronic device, may store a subset of log-likelihood ratios (LLRs) associated with the at least one CB if the at least one CB failed the CRC or decoded bits associated with the at least one CB if the at least one CB passed the CRC, wherein the subset is based on an LLR range of the transmission relative to an LLR range of one or more previous transmissions. For example, the subset may comprises LLRs outside the LLR range of the one or more previous transmissions. In aspects, the subset may be further based on a size of memory local to the modem core. In aspects, a range of a transmission may be based on a bandwidth associated with the transmission, and may be determined and/or known to the receiver or receive processor receiving the transmission. |
| | [0075]    According to certain aspects, the electronic device may store, in the memory, based at least in part on a LLR range of the re-transmission, LLRs associated with the re-transmission including the at least one CB if the at least one CB failed the CRC or decoded bits associated with the re-transmission including the at least one CB if the at least one CB passed the CRC. In aspects, the electronic device may, in the memory, store based on LLR ranges of previous transmissions, LLRs associated with a second re-transmission including the at least one CB if the at least one CB failed the CRC or decoded bits associated with the second re-transmission including the at least one CB if the at least one CB passed the |

34

| Claim 1 | Accused Apple Instrumentalities |
|---------|--------------------------------|
| | CRC. In aspects, the LLRs or decoded bits may be stored in a memory local to the modem core prior to storing in the memory.<br><br>U.S. Patent Publ. No. 2014/0241260 ¶¶ 9, 10, 11, 12, 64, 65, 66, 74, 75.<br><br>[0128]   According to certain aspects, a joint (e.g., shared) HARQ LLR and RLC reordering buffer may be used to reduce overall storage overhead for HARQ operations. The HARQ LLR buffer and reordering buffer store complementary information (e.g., the HARQ LLR buffer stores failed TBs and the ARQ reordering buffer stores out of order passing TBs after a TB failure event). The shared buffer may be jointly managed at the receiver side, for example, using a same memory as dynamic partitioning memory.<br><br>U.S. Patent Publ. No. 2017/0207884 ¶ 128. |