# EXHIBIT F

**Claim Chart for U.S. Patent No. 7,110,439**

| Claim 1 | Apple Functionality |
|---|---|
| A method for decreasing the processing time for separating out interfering transmissions from a number of users in an iterative multi-user detector, comprising the steps of: | To the extent the preamble is considered a limitation, the Accused '439 Instrumentalities perform a method for decreasing the processing time for separating out interfering transmissions from a number of use in an iterative multi-user detector.<br><br>For example, the Accused '439 Instrumentalities include Qualcomm chipsets that perform the methods described below when using LTE, 5G and Wi-Fi.<br><br>San Diego and Cupertino, California — Qualcomm and Apple today announced an agreement to dismiss all litigation between the two companies worldwide. The settlement includes a payment from Apple to Qualcomm. The companies also have reached a six-year license agreement, effective as of April 1, 2019, including a two-year option to extend, and a multiyear chipset supply agreement.<br><br>*Apple Inc.*, Qualcomm and Apple agree to drop all litigation, Apple Newsroom (Apr. 16, 2019), https://www.apple.com/newsroom/2019/04/qualcomm-and-apple-agree-to-drop-all-litigation/. |

1

| Claim 1 | Apple Functionality |
|---|---|
| | With the C1, Apple is using a cellular modem of its own design for the first time. Apple has been buying cellular modems from Qualcomm, primarily, since the original iPhone in 2007. The iPhone 11, iPhone XS/XR, and 2nd-generation iPhone SE, along with some variants of the iPhone X, featured some 4G LTE cellular modems made by Intel, but since the iPhone began to support 5G with the iPhone 12, all modems have been made by Qualcomm.<br><br>*Jason Cross*, Apple's iPhone C1 5G modem is here: What does it mean and what comes next?, *Macworld* (Feb. 26, 2025), https://www.macworld.com/article/2618003/apple-iphone-c1-5g-modem-faq.html. |
| providing a multi-user detector for demodulating signals from multiple users on the same frequency at the same time using an iterative multi-user detection technique; | The Accused '439 Instrumentalities provide a multi-user detector for demodulating signals from multiple users on the same frequency at the same time using an iterative multi-user detection technique.<br><br>For example, on information and belief the Accused '439 Instrumentalities use a PSRD multi-user detector to iteratively demodulate MIMO signals (e.g., Rank2, Rank3, or Rank4 transmissions) transmitted on a resource element or PPDU. |

| Claim 1 | Apple Functionality |
|---|---|
| | The described techniques relate to improved methods, systems, devices, and apparatuses that support enhanced per-stream recursive demapping (PSRD) techniques. Generally, the described techniques provide improved demodulation methods by increasing a number of search points and associated distance metric computations performed in a demapping process. A device (e.g., a base station, a user equipment (UE), a network node, or the like) may receive a transmission having multiple spatial layers. For instance, the transmission may include a first spatial layer, which may be referred to as a layer of interest (LOI), and one or more additional spatial layers. When processing the received signal, the device may demap symbols of the transmission based on a number of search points and a modulation order of each spatial layer of the multiple spatial layers. For instance, the device may a determine a first number of search points for the LOI based on a modulation order of the LOI. The device may also determine a second number of search points for a second spatial layer (e.g., an interference layer) that is subsequent to the LOI. The second number of search points may be determined based on the first number of search points and a modulation order of the second spatial layer. In some examples, the device may determine the |

3

| Claim 1 | Apple Functionality |
|---|---|
| | modulation orders of the respective spatial layers based on a configuration message received at the device, or based on performing a blind modulation order detection (BMOD) procedure, or any combination thereof. |
| | The device may compute a number of distance metrics based on the first number of search points and the second number of search points. For example, the device may compute one or more sets of partial distance metric computations based on the first number of search points, the second number of search points, or both. The device may use the distance metrics to demap symbols of the received transmission, e.g., as part of a PSRD process. In some cases, the first number of search points, the second number of search points, or both, may be computed in order to increase utilization of a hardware component of the device for demapping, thereby improving demodulation of a received signal and resulting in increased throughput. A method for wireless communications at a device is described. The method may include receiving a transmission including a set of multiple spatial layers, determining a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, determining a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, computing a quantity of distance metrics based on the first number of search points and the second number of search points, and demapping symbols of the received transmission based on the quantity of distance metrics. |

4

| Claim 1 | Apple Functionality |
|---|---|
| | An apparatus for wireless communications at a device is described. The apparatus may include a memory and a processor coupled to the memory. The processor may be configured to cause the apparatus to receive a transmission including a set of multiple spatial layers, determine a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, determine a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, compute a quantity of distance metrics based on the first number of search points and the second number of search points, and demap symbols of the received transmission based on the quantity of distance metrics. |

| Claim 1 | Apple Functionality |
|---------|---------------------|
| | Another apparatus for wireless communications at a device is described. The apparatus may include means for receiving a transmission including a set of multiple spatial layers, means for determining a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, means for determining a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, means for computing a quantity of distance metrics based on the first number of search points and the second number of search points, and means for demapping symbols of the received transmission based on the quantity of distance metrics.<br><br>A non-transitory computer-readable medium storing code for wireless communications at a device is described. The |

6

| Claim 1 | Apple Functionality |
|---|---|
| | code may include instructions executable by a processor to receive a transmission including a set of multiple spatial layers, determine a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, determine a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, compute a quantity of distance metrics based on the first number of search points and the second number of search points, and demap symbols of the received transmission based on the quantity of distance metrics.<br><br>. . . |

| Claim 1 | Apple Functionality |
|---|---|
| | procedures. The UE **115**-*a* may perform a demapping procedure to estimate the bit sequence corresponding to the matrix Y. During a demapping procedure, the UE **115**-*a* may perform distance metric computations to calculate distances between the entries of matrix Y and each constellation point. A relatively smaller distance between a constellation point and an entry of the matrix Y may indicate a higher likelihood that the corresponding bit sequence is similar to that included in the transmission **205**. In some examples, a number of distance metric computations may be associated with hardware at a receiving device (e.g., the UE **115**-*a*), where a relatively greater number of distance metric computations may correspond to relatively increased hardware capabilities to perform the distance computations.<br><br>. . . |

| Claim 1 | Apple Functionality |
|---|---|
| | Various aspects of the present disclosure relate to PSRD demapping techniques. The UE **115**-*a* may perform a PSRD procedure to achieve improved accuracy in demapping while avoiding relatively high power consumption. During a PSRD procedure, the UE **115**-*a* may perform distance metric computations to calculate distances between the entries of matrix Y and each constellation point of the set of constellation points. The UE **115**-*a* may estimate the bit sequence based on the distance metric computations, which may enable the UE **115**-*a* to perform fewer overall computations, and relatively less complex computations, than an ML demapping procedure while achieving near-ML performance. A shorter distance between a constellation point and an entry of matrix Y may indicate a relatively higher likelihood that the corresponding bit sequence is similar to that included in the transmission **205**.<br><br>U.S. Patent No. 12,089,196 at 19:11–26.<br><br>**5.1.1    Basic transmission scheme based on OFDM**<br><br>The downlink transmission scheme is based on conventional OFDM using a cyclic prefix. The OFDM sub-carrier spacing is $\Delta f$ = 15 kHz. 12 consecutive sub-carriers during one slot correspond to one downlink *resource block*. In the frequency domain, the number of resource blocks, $N_{RB}$, can range from $N_{RB-min}$ = 6 to $N_{RB-max}$ = 110.<br><br>3GPP TS 36.300 V8.12.0 at 25. |

| Claim 1 | Apple Functionality |
|---|---|
| | The available physical resources for transmitting the signals are divided in both frequency and time. The frequency subcarriers are spaced 15 kHz apart (the 7.5 kHz spacing is used in MBMS-dedicated cells only). The subcarriers are grouped into sets of 12 consecutive subcarriers, corresponding to a resource block.<br><br>### 5.1.1　Basic transmission scheme based on OFDM<br><br>The downlink transmission scheme is based on conventional OFDM using a cyclic prefix. The OFDM sub-carrier spacing is $\Delta f$ = 15 kHz. 12 consecutive sub-carriers during one slot correspond to one downlink *resource block*. In the frequency domain, the number of resource blocks, $N_{RB}$, can range from $N_{RB-min}$ = 6 to $N_{RB-max}$ = 110.<br><br>In addition there is also a reduced sub-carrier spacing $\Delta f_{low}$ = 7.5 kHz, only for MBMS-dedicated cell.<br><br>3GPP TS 36.300 V8.12.0 at 25.<br><br>The signals are transmitted in frames in the time domain. A frame includes ten subframes and each subframe includes two time slots. The duration of time is expressed as a number of time units $Ts$ in the LTE standards, where $Ts$ = 1/(15000*2048) seconds (approximately 32.55 ns). For example, a frame has a duration of 307200 $Ts$, which is 10ms. A time slot has a duration of 15360 $Ts$, which is 0.5ms. This is true for both frame structure type 1 (applicable to FDD) and frame structure type 2 (applicable to TDD).<br><br>### 4　Frame structure<br><br>Throughout this specification, unless otherwise noted, the size of various fields in the time domain is expressed as a number of time units $T_s = 1/(15000 \times 2048)$ seconds.<br><br>Downlink and uplink transmissions are organized into radio frames with $T_f = 307200 \times T_s = 10\,\text{ms}$ duration. Two radio frame structures are supported:<br><br>- Type 1, applicable to FDD,<br>- Type 2, applicable to TDD.<br><br>### 4.1　Frame structure type 1<br><br>Frame structure type 1 is applicable to both full duplex and half duplex FDD. Each radio frame is $T_f = 307200 \cdot T_s = 10\,\text{ms}$ long and consists of 20 slots of length $T_{slot} = 15360 \cdot T_s = 0.5\,\text{ms}$, numbered from 0 to 19. A subframe is defined as two consecutive slots where subframe $i$ consists of slots $2i$ and $2i+1$. |

10

| Claim 1 | Apple Functionality |
|---|---|
| | For FDD, 10 subframes are available for downlink transmission and 10 subframes are available for uplink transmissions in each 10 ms interval. Uplink and downlink transmissions are separated in the frequency domain. In half-duplex FDD operation, the UE cannot transmit and receive at the same time while there are no such restrictions in full-duplex FDD. <br><br> **Figure 4.1-1: Frame structure type 1.** <br><br> Source: 3GPP TS 36.211 V8.9.0 at 9–10. <br><br> The smallest resource unit for downlink transmissions is a resource element, which is one subcarrier by one OFDM symbol. Each resource element can carry one complex value, which represents part of the transmitted data. A resource block is defined as the time-frequency resources that correspond to 12 subcarriers in frequency and a slot in time. A resource block thus contains 84 (=12*7) or 72 (=12*6) resource elements. <br><br> ## 6.1    Overview <br><br> The smallest time-frequency unit for downlink transmission is denoted a resource element and is defined in Section 6.2.2. |

11

| Claim 1 | Apple Functionality |
|---|---|
| | ### 6.2.1    Resource grid<br><br>The transmitted signal in each slot is described by a resource grid of $N_{\text{RB}}^{\text{DL}} N_{\text{sc}}^{\text{RB}}$ subcarriers and $N_{\text{symb}}^{\text{DL}}$ OFDM symbols. The resource grid structure is illustrated in Figure 6.2.2-1. The quantity $N_{\text{RB}}^{\text{DL}}$ depends on the downlink transmission bandwidth configured in the cell and shall fulfil<br><br>$$N_{\text{RB}}^{\text{min,DL}} \leq N_{\text{RB}}^{\text{DL}} \leq N_{\text{RB}}^{\text{max,DL}}$$<br><br>where $N_{\text{RB}}^{\text{min,DL}} = 6$ and $N_{\text{RB}}^{\text{max,DL}} = 110$ are the smallest and largest downlink bandwidth, respectively, supported by the current version of this specification.<br><br>The set of allowed values for $N_{\text{RB}}^{\text{DL}}$ is given by [6]. The number of OFDM symbols in a slot depends on the cyclic prefix length and subcarrier spacing configured and is given in Table 6.2.3-1.<br><br>### 6.2.2    Resource elements<br><br>Each element in the resource grid for antenna port $p$ is called a resource element and is uniquely identified by the index pair $(k,l)$ in a slot where $k = 0,..., N_{\text{RB}}^{\text{DL}} N_{\text{sc}}^{\text{RB}} -1$ and $l = 0,..., N_{\text{symb}}^{\text{DL}} -1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. |

12

| Claim 1 | Apple Functionality |
|---|---|
| | <br>Figure 6.2.2-1: Downlink resource grid. |

13

| Claim 1 | Apple Functionality |
|---|---|
| | <p>**6.2.3  Resource blocks**</p><p>Resource blocks are used to describe the mapping of certain physical channels to resource elements. Physical and virtual resource blocks are defined.</p><p>A physical resource block is defined as $N_{\text{symb}}^{\text{DL}}$ consecutive OFDM symbols in the time domain and $N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{DL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 6.2.3-1. A physical resource block thus consists of $N_{\text{symb}}^{\text{DL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.</p><p>Physical resource blocks are numbered from 0 to $N_{\text{RB}}^{\text{DL}} - 1$ in the frequency domain. The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k, l)$ in a slot is given by</p><p>$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$</p><p>**Table 6.2.3-1: Physical resource blocks parameters.**</p><table><tr><td colspan="2">Configuration</td><td>$N_{\text{sc}}^{\text{RB}}$</td><td>$N_{\text{symb}}^{\text{DL}}$</td></tr><tr><td>Normal cyclic prefix</td><td>$\Delta f = 15\,\text{kHz}$</td><td rowspan="2">12</td><td>7</td></tr><tr><td rowspan="2">Extended cyclic prefix</td><td>$\Delta f = 15\,\text{kHz}$</td><td>6</td></tr><tr><td>$\Delta f = 7.5\,\text{kHz}$</td><td>24</td><td>3</td></tr></table><p>A virtual resource block is of the same size as a physical resource block. Two types of virtual resource blocks are defined:</p><p>-  Virtual resource blocks of localized type</p><p>-  Virtual resource blocks of distributed type</p><p>For each type of virtual resource blocks, a pair of virtual resource blocks over two slots in a subframe is assigned together by a single virtual resource block number, $n_{\text{VRB}}$.</p><p>Source: 3GPP TS 36.211 V8.9.0 at 45–47.</p><p>The LTE and 5G standards support multiple downlink antennas and various antenna transmission schemes, including MIMO. The MIMO scheme transmits multiple signals using the multiple antennas, maximizing the data throughput of the transmission.</p> |

14

| Claim 1 | Apple Functionality |
|---------|---------------------|
| | <div>**5.1.5    Downlink multi-antenna transmission**<br><br>Multi-antenna transmission with 2 and 4 transmit antennas is supported. The maximum number of codeword is two irrespective to the number of antennas with fixed mapping between code words to layers.<br><br>Spatial division multiplexing (SDM) of multiple modulation symbol streams to a single UE using the same time-frequency (-code) resource, also referred to as Single-User MIMO (SU-MIMO) is supported. When a MIMO channel is solely assigned to a single UE, it is known as SU-MIMO. Spatial division multiplexing of modulation symbol streams to different UEs using the same time-frequency resource, also referred to as MU-MIMO, is also supported. There is semi-static switching between SU-MIMO and MU-MIMO per UE.<br><br>In addition, the following techniques are supported:<br><br>- Code-book-based pre-coding with a single pre-coding feedback per full system bandwidth when the system bandwidth (or subset of resource blocks) is smaller or equal to12RB and per 5 adjacent resource blocks or the full system bandwidth (or subset of resource blocks) when the system bandwidth is larger than 12RB.<br><br>- Rank adaptation with single rank feedback referring to full system bandwidth. Node B can override rank report.<br><br>Source: 3GPP TS 36.300 V8.12.0 at 26.<br><br>Similarly, the Wi-Fi standards define a data unit PPDU, which is formatted to include a data field and training fields.</div> |

| Claim 1 | Apple Functionality |
|---|---|
| |  Figure 20-1—PPDU format |

16

| Claim 1 | Apple Functionality |
|---|---|
| | The elements of the PLCP packet are summarized in Table 20-4.<br><br>**Table 20-4—Elements of the HT PLCP packet**<br><br>| Element | Description |<br>|---|---|<br>| L-STF | Non-HT Short Training field |<br>| L-LTF | Non-HT Long Training field |<br>| L-SIG | Non-HT SIGNAL field |<br>| HT-SIG | HT SIGNAL field |<br>| HT-STF | HT Short Training field |<br>| HT-GF-STF | HT-Greenfield Short Training field |<br>| HT-LTF1 | First HT Long Training field (Data) |<br>| HT-LTFs | Additional HT Long Training fields (Data and Extension) |<br>| Data | The Data field includes the PSDU |<br><br>IEEE, Std 802.11n-2009, at 259.<br><br>The data field includes multiple OFDM symbols and multiple subcarriers |

| Claim 1 | Apple Functionality |
|---|---|
| | **20.3.11 Data field**<br><br>When BCC encoding is used, the Data field consists of the 16-bit SERVICE field, the PSDU, either six or twelve tail bits, depending on whether one or two encoding streams are represented, and pad bits. When LDPC encoding is used, the Data field consists of the 16-bit SERVICE field and the PSDU, processed by the procedure in 20.3.11.6.5.<br><br>The number of OFDM symbols in the data field when BCC encoding is used is computed as shown in Equation (20-32).<br><br>$$N_{SYM} = m_{STBC} \left\lceil \frac{8 \cdot length + 16 + 6 \cdot N_{ES}}{m_{STBC} \cdot N_{DBPS}} \right\rceil \qquad (20\text{-}32)$$<br><br>where<br><br>$m_{STBC}$    is 2 if STBC is used and 1 otherwise (making sure that the number of symbols is even when STBC is used)<br><br>$length$    is the value of the HT Length field in the HT-SIG field defined in Table 20-10<br><br>$N_{DBPS}$    can take the values defined in Table 20-29 through Table 20-43<br><br>$\lceil x \rceil$    denotes the smallest integer greater than or equal to $x$<br><br>The number of "zero" pad bits is thus $N_{SYM} \times N_{DBPS} - 8 \times length - 16 - 6 \times N_{ES}$. The number of symbols in the data field when LDPC encoding is used is described in 20.3.11.6. |

18

| Claim 1 | Apple Functionality |
|---|---|
| | For LDPC encoding, the number of encoded data bits, $N_{\text{avbits}}$, is given by Equation (20-39); the number of OFDM symbols, $N_{\text{SYM}}$, is given by Equation (20-41); and the number of repeated encoded bits for padding, $N_{\text{rep}}$, is given by Equation (20-42), in 20.3.11.6.5.<br><br>**20.3.11.1 SERVICE field**<br><br>The SERVICE field is used for scrambler initialization. The SERVICE field is composed of 16 bits, all set to 0 before scrambling. In non-HT PPDUs, the SERVICE field is the same as in 17.3.5.1. In HT PPDUs, the SERVICE field is composed of 16 zero bits, scrambled by the scrambler, as defined in 20.3.11.2.<br><br>**20.3.11.2 Scrambler**<br><br>The data field shall be scrambled by the scrambler defined in 17.3.5.4 and initialized with a pseudo-random nonzero seed.<br><br>**20.3.11.3 Coding**<br><br>The Data field shall be encoded using either the BCC defined in 17.3.5.5 or the LDPC code defined in 20.3.11.6. The encoder is selected by the FEC coding field in the HT-SIG, as described in 20.3.9.4.3. A single FEC encoder is always used when LDPC coding is used. When the BCC FEC encoder is used, a single encoder is used, except that two encoders shall be used when the selected MCS has a PHY rate greater than 300 Mb/s. To determine whether to use one or two BCC FEC encoders, the rate is calculated based on the use of an 800 ns GI. The operation of the BCC FEC is described in 20.3.11.5. The operation of the LDPC coder is described in 20.3.11.6.<br><br>Support for the reception of BCC-encoded Data field frames is mandatory. |
| | IEEE, Std 802.11n-2009, at 287–288. |

19

| Claim 1 | Apple Functionality |
| --- | --- |
| | **20.1.1 Introduction to the HT PHY**<br><br>Clause 20 specifies the PHY entity for a high throughput (HT) orthogonal frequency division multiplexing (OFDM) system.<br><br>In addition to the requirements found in Clause 20, an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:<br><br> — In Clause 17 when the HT STA is operating in a 20 MHz channel width in the 5 GHz band<br><br> — In Clause 18 and Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band<br><br>The HT PHY is based on the OFDM PHY defined in Clause 17, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth).<br><br>The HT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), or 64-QAM. Forward error correction (FEC) coding (convolutional coding) is used with a coding rate of 1/2, 2/3, 3/4, or 5/6. LDPC codes are added as an optional feature.<br><br>Other optional features at both transmit and receive sides are 400 ns short guard interval (GI), transmit beamforming, HT-greenfield format, and STBC.<br><br>An HT non-AP STA shall support all equal modulation (EQM) rates for one spatial stream (MCSs 0 through 7) using 20 MHz channel width. An HT AP shall support all EQM rates for one and two spatial streams (MCSs 0 through 15) using 20 MHz channel width.<br><br>IEEE, Std 802.11n-2009, at 247. |

20

| Claim 1 | Apple Functionality |
|---|---|
| | d) Use the MCS and CH_BANDWIDTH parameters of the TXVECTOR to determine the number of data bits per OFDM symbol ($N_{DBPS}$), the coding rate ($R$), the number of coded bits in each OFDM subcarrier ($N_{BPSC}$), and the number of coded bits per OFDM symbol ($N_{CBPS}$). Determine the number of encoding streams ($N_{ES}$) from the MCS, CH_BANDWIDTH, and FEC_CODING parameters of the TXVECTOR. Refer to 20.3.11.3 for details.<br><br>e) Append the PSDU to the SERVICE field (see 20.3.11.1). If BCC encoding is to be used, as indicated by the FEC_CODING parameter of the TXVECTOR, tail bits are appended to the PSDU. If a single BCC encoder is used (i.e., when the value of $N_{ES}$ is 1), the bit string is extended by 6 zero bits. If two BCC encoders are used (i.e., when the value of $N_{ES}$ is 2), the bit string is extended by 12 zero bits. The number of symbols, $N_{SYM}$, is calculated according to Equation (20-32), and if necessary, the bit string is further extended with zero bits so that the resulting length is a multiple of $N_{SYM} \times N_{DBPS}$, as described in 20.3.11. If LDPC encoding is to be used, as indicated by the FEC_CODING parameter of the TXVECTOR, the resulting bit string is padded, if needed, by repeating coded bits rather than using zero bits, as given in the encoding procedure of 20.3.11.6.5. The number of resulting symbols is given by Equation (20-41), and the number of repeated coded bits used for padding is given by Equation (20-42). The resulting bit string constitutes the DATA part of the packet.<br><br>f) Initiate the scrambler with a pseudo-random nonzero seed, generate a scrambling sequence, and exclusive-OR (XOR) it with the string of data bits, as described in 17.3.5.4.<br><br>g) If BCC encoding is to be used, replace the scrambled zero bits that served as tail bits (6 bits if the value of $N_{ES}$ is 1, or 12 bits if the value of $N_{ES}$ is 2) following the data with the same number of nonscrambled zero bits, as described in 17.3.5.2. (These bits return the convolutional encoder to the zero state.) |

| Claim 1 | Apple Functionality |
|---|---|
| | h) If BCC encoding is to be used and the value of $N_{ES}$ is 2, divide the scrambled data bits between two BCC encoders by sending alternating bits to the two different encoders, as described in 20.3.11.4.<br><br>i) If BCC encoding is to be used, encode the extended, scrambled data string with a rate 1/2 convolutional encoder (see 17.3.5.5). Omit (puncture) some of the encoder output string (chosen according to puncturing pattern) to reach the desired coding rate, $R$. Refer to 20.3.11.5 for details. If LDPC encoding is to be used, encode the scrambled data stream according to 20.3.11.6.5.<br><br>j) Parse the coded bit stream that results from the BCC encoding or LDPC encoding into $N_{SS}$ spatial streams, where the value of $N_{SS}$ is determined from the MCS parameter of the TXVECTOR. See 20.3.11.7.2 for details.<br><br>k) Divide each of the $N_{SS}$ encoded and parsed spatial streams of bits into groups of $N_{CBPSS}(i)$ bits. If BCC encoding is to be used, within each spatial stream and group, perform an interleaving (reordering) of the bits according to a rule corresponding to $N_{BPSCS}(i)$, where $i$ is the index of the spatial stream. Refer to 20.3.6 for details.<br><br>l) For each of the $N_{SS}$ encoded, parsed, and interleaved spatial streams, divide the resulting coded and interleaved data string into groups of $N_{BPSCS}(i)$ bits, where $i$ is the index of the spatial stream. For each of the bit groups, convert the bit group into a complex number according to the modulation encoding tables. Refer to 17.3.5.7 for details.<br><br>m) Divide the complex number string for each of the resulting $N_{SS}$ spatial streams into groups of $N_{SD}$ complex numbers, where the value of $N_{SD}$ is determined from the CH_OFFSET parameter of TXVECTOR and the CH_BANDWIDTH parameter of TXVECTOR. Each such group is associated with one OFDM symbol in one spatial stream. In each group, the complex numbers are indexed 0 to $N_{SD} - 1$, and these indices have an associated one-to-one correspondence with subcarrier indices via the mapping function $M^r(k)$ as described in 20.3.11.10, 20.3.11.10.2, 20.3.11.10.3, 20.3.11.10.4, and 20.3.11.11.<br><br>n) If STBC is to be applied, as indicated by the STBC parameter in the TXVECTOR, operate on the complex number associated with each data subcarrier in sequential pairs of OFDM symbols as described in 20.3.11.8.1 to generate $N_{STS}$ OFDM symbols for every $N_{SS}$ OFDM symbols associated with the $N_{SS}$ spatial streams. If STBC is not to be used, the number of space-time<br><br>IEEE, Std 802.11n-2009, at 262–263.<br><br><br>Wi-Fi supports MIMO, which allows multiple antennas to transmit using the same time-frequency resources. |

22

| Claim 1 | Apple Functionality |
|---|---|
| | **5.2.9 High-throughput (HT) station (STA)**<br><br>The IEEE 802.11 HT STA provides physical layer (PHY) and medium access control (MAC) features that can support a throughput of 100 Mb/s and greater, as measured at the MAC data service access point (SAP). An HT STA supports HT features as identified in Clause 9 and Clause 20. An HT STA operating in the 5 GHz band supports transmission and reception of frames that are compliant with mandatory PHY specifications as defined in Clause 17. An HT STA operating in the 2.4 GHz band supports transmission and reception of frames that are compliant with mandatory PHY specifications as defined in Clause 18 and Clause 19. An HT STA is also a quality of service (QoS) STA. The HT features are available to HT STAs associated with an HT access point (AP) in a basic service set (BSS). A subset of the HT features is available for use between two HT STAs that are members of the same independent basic service set (IBSS).<br><br>An HT STA has PHY features consisting of the modulation and coding scheme (MCS) set described in 20.3.5 and physical layer convergence procedure (PLCP) protocol data unit (PPDU) formats described in 20.1.4. Some PHY features that distinguish an HT STA from a non-HT STA are referred to as multiple input, multiple output (MIMO) operation; spatial multiplexing (SM); spatial mapping (including transmit beamforming); space-time block coding (STBC); low-density parity check (LDPC) encoding; and antenna selection (ASEL). The allowed PPDU formats are non-HT format, HT-mixed format, and HT-greenfield format. The PPDUs may be transmitted with 20 MHz or 40 MHz bandwidth.<br><br>An HT STA has MAC features that include frame aggregation, some Block Ack features, power save multi-poll (PSMP) operation, reverse direction (RD), and protection mechanisms supporting coexistence with non-HT STAs.<br><br>IEEE, Std 802.11n-2009, at 10. |
| providing bit value estimates from the multi-user detector; and, | The Accused '439 Instrumentalities provide bit value estimates from the multi-user detector.<br><br>For example, the Accused '439 Instrumentalities engage in MUD search algorithms (such as PSRD) that iteratively provide multiple bit value estimates at constellation locations. |

23

| Claim 1 | Apple Functionality |
|---|---|
| | The described techniques relate to improved methods, systems, devices, and apparatuses that support enhanced per-stream recursive demapping (PSRD) techniques. Generally, the described techniques provide improved demodulation methods by increasing a number of search points and associated distance metric computations performed in a demapping process. A device (e.g., a base station, a user equipment (UE), a network node, or the like) may receive a transmission having multiple spatial layers. For instance, the transmission may include a first spatial layer, which may be referred to as a layer of interest (LOI), and one or more additional spatial layers. When processing the received signal, the device may demap symbols of the transmission based on a number of search points and a modulation order of each spatial layer of the multiple spatial layers. For instance, the device may a determine a first number of search points for the LOI based on a modulation order of the LOI. The device may also determine a second number of search points for a second spatial layer (e.g., an interference layer) that is subsequent to the LOI. The second number of search points may be determined based on the first number of search points and a modulation order of the second spatial layer. In some examples, the device may determine the |

24

| Claim 1 | Apple Functionality |
|---|---|
| | modulation orders of the respective spatial layers based on a configuration message received at the device, or based on performing a blind modulation order detection (BMOD) procedure, or any combination thereof. |
| | The device may compute a number of distance metrics based on the first number of search points and the second number of search points. For example, the device may compute one or more sets of partial distance metric computations based on the first number of search points, the second number of search points, or both. The device may use the distance metrics to demap symbols of the received transmission, e.g., as part of a PSRD process. In some cases, the first number of search points, the second number of search points, or both, may be computed in order to increase utilization of a hardware component of the device for demapping, thereby improving demodulation of a received signal and resulting in increased throughput. A method for wireless communications at a device is described. The method may include receiving a transmission including a set of multiple spatial layers, determining a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, determining a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, computing a quantity of distance metrics based on the first number of search points and the second number of search points, and demapping symbols of the received transmission based on the quantity of distance metrics. |

25

| Claim 1 | Apple Functionality |
|---|---|
| | An apparatus for wireless communications at a device is described. The apparatus may include a memory and a processor coupled to the memory. The processor may be configured to cause the apparatus to receive a transmission including a set of multiple spatial layers, determine a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, determine a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, compute a quantity of distance metrics based on the first number of search points and the second number of search points, and demap symbols of the received transmission based on the quantity of distance metrics. |

26

| Claim 1 | Apple Functionality |
|---|---|
| | Another apparatus for wireless communications at a device is described. The apparatus may include means for receiving a transmission including a set of multiple spatial layers, means for determining a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, means for determining a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, means for computing a quantity of distance metrics based on the first number of search points and the second number of search points, and means for demapping symbols of the received transmission based on the quantity of distance metrics. |
| | A non-transitory computer-readable medium storing code for wireless communications at a device is described. The |

27

| Claim 1 | Apple Functionality |
|---------|---------------------|
| | code may include instructions executable by a processor to receive a transmission including a set of multiple spatial layers, determine a first number of search points of a first spatial layer of the set of multiple spatial layers based on a modulation order of the first spatial layer, determine a second number of search points of a second spatial layer of the set of multiple spatial layers, the second spatial layer being subsequent to the first spatial layer, where the second number of search points is based on the first number of search points and a modulation order of the second spatial layer, compute a quantity of distance metrics based on the first number of search points and the second number of search points, and demap symbols of the received transmission based on the quantity of distance metrics. <br><br>. . . |

| Claim 1 | Apple Functionality |
|---------|---------------------|
| | procedures. The UE **115**-*a* may perform a demapping procedure to estimate the bit sequence corresponding to the matrix Y. During a demapping procedure, the UE **115**-*a* may perform distance metric computations to calculate distances between the entries of matrix Y and each constellation point. A relatively smaller distance between a constellation point and an entry of the matrix Y may indicate a higher likelihood that the corresponding bit sequence is similar to that included in the transmission **205**. In some examples, a number of distance metric computations may be associated with hardware at a receiving device (e.g., the UE **115**-*a*), where a relatively greater number of distance metric computations may correspond to relatively increased hardware capabilities to perform the distance computations.<br><br>. . . |

| Claim 1 | Apple Functionality |
|---|---|
| | Various aspects of the present disclosure relate to PSRD demapping techniques. The UE **115**-*a* may perform a PSRD procedure to achieve improved accuracy in demapping while avoiding relatively high power consumption. During a PSRD procedure, the UE **115**-*a* may perform distance metric computations to calculate distances between the entries of matrix Y and each constellation point of the set of constellation points. The UE **115**-*a* may estimate the bit sequence based on the distance metric computations, which may enable the UE **115**-*a* to perform fewer overall computations, and relatively less complex computations, than an ML demapping procedure while achieving near-ML performance. A shorter distance between a constellation point and an entry of matrix Y may indicate a relatively higher likelihood that the corresponding bit sequence is similar to that included in the transmission **205**. <br><br> U.S. Patent No. 12,089,196 at 19:11–26. |

| Claim 1 | Apple Functionality |
|---|---|
| | Although aspects of an LTE, LTE-A, LTE-A Pro, or NR system may be described for purposes of example, and LTE, LTE-A, LTE-A Pro, or NR terminology may be used in much of the description, the techniques described herein are applicable beyond LTE, LTE-A, LTE-A Pro, or NR networks. For example, the described techniques may be applicable to various other wireless communications systems such as Ultra Mobile Broadband (UMB), Institute of Electrical and Electronics Engineers (IEEE) 802.11 (Wi-Fi), IEEE 802.16 (WiMAX), IEEE 802.20, Flash-OFDM, as well as other systems and radio technologies not explicitly mentioned herein.<br><br>U.S. Patent No. 12,089,196 at 39:29–40. |
| eliminating from each processing iteration consideration of those bits for which the estimate of the value thereof exceeds a predetermined threshold, whereby selected bit estimates exceeding the threshold are considered certain and are not used in the next iteration of processing of the multi-user detector. | The Accused '439 Instrumentalities eliminate from each processing iteration consideration of those bits for which the estimate of the value thereof exceeds a predetermined threshold, whereby selected bit estimates exceeding the threshold are considered certain and are not used in the next iteration of processing of the multi-user detector.<br><br>For example, the Accused '439 Instrumentalities can eliminate different bits in its search based on a search space threshold, or, alternatively, will cease or limit searches based on a high confidence that a constellation point is correct in LTE, 5G, and Wi-Fi. |

31

| Claim 1 | Apple Functionality |
|---|---|
|  | In some examples of the method, apparatuses, and non-transitory computer-readable medium described herein, determining the second number of search points may include operations, features, means, or instructions for calculating a first minimum value from a set of values, the set of values including a first predetermined value divided by the first number of search points and a value corresponding to the modulation order of the second spatial layer, where the second number of search points may be equal to the first minimum value.<br><br>In some examples of the method, apparatuses, and non-transitory computer-readable medium described herein, the first predetermined value may be equal to 64.<br><br>. . .<br><br>Some examples of the method, apparatuses, and non-transitory computer-readable medium described herein may further include operations, features, means, or instructions for determining that the quantity of distance metrics does not satisfy a threshold quantity of distance metric computations supported by the device and modifying the second number<br><br>of search points such that the quantity of distance metrics satisfies the threshold quantity of distance metric computations.<br><br>U.S. Patent No. 12,089,196 at 3:16–28; 3:62–4:3. |

32

| Claim 1 | Apple Functionality |
|---|---|
| | In some examples, the device may determine a number of search points to use based on a modulation order of the first spatial layer, and may perform a quantity of distance metric computations equal to the number of search points. For instance, in some PSRD implementations, the device may select a number of search points of the first spatial layer, but may use only a single (e.g., "sliced") search point for the second spatial layer, as well as for one or more additional spatial layers. This number of search points (and corresponding quantity of distance metric computations) for the first and second spatial layers may provide sufficient per- |

| Claim 1 | Apple Functionality |
|---------|---------------------|
|  | formance in MIMO transmissions supporting two layers, but may not be optimal in cases where the number of spatial layers increases beyond two (e.g., for 4 or more spatial layers). That is, the device may be capable of performing more distance metric computations than the device is configured to use. For example, the device may have a hardware configuration that supports a total of 64 distance metric computations. For a four-layer MIMO transmission, the LOI may have a modulation order less than 64 (e.g., 16 quadrature amplitude modulation (QAM)) that results in a number of search points that is below a threshold capability of the hardware, resulting in an underutilization of the hardware. Thus, a quantity of distance metric computations (e.g., 16) may be relatively lower than a total limit supported by the hardware, and the capabilities of the device may not be fully utilized when demapping multi-layer signals.<br><br>U.S. Patent No. 12,089,196. 5:57–6:16; |

34

| Claim 1 | Apple Functionality |
|---|---|
| | In some examples, the device may extend the techniques described herein to additional spatial layers of the transmission, e.g., subsequent to the second spatial layer. For instance, the device may identify a third number of search points for a third spatial layer that is subsequent to the second spatial layer, a fourth number of search points for a fourth spatial layer that is subsequent to the third spatial layer, and so forth. In some cases, the device may use a single respective search point for each spatial layer subsequent to the second spatial layer, while in other cases, the device may determine a respective number of search points for each subsequent spatial layer. For each spatial layer, the device may perform a set of partial distance metric computations based on the numbers of search points; the quantity of distance metrics computed by the device may include the sets of partial distance metric computations.<br><br>U.S. Patent No. 12,089,196 at 6:38–53. |

| Claim 1 | Apple Functionality |
|---|---|
| | Although aspects of an LTE, LTE-A, LTE-A Pro, or NR system may be described for purposes of example, and LTE, LTE-A, LTE-A Pro, or NR terminology may be used in much of the description, the techniques described herein are applicable beyond LTE, LTE-A, LTE-A Pro, or NR networks. For example, the described techniques may be applicable to various other wireless communications systems such as Ultra Mobile Broadband (UMB), Institute of Electrical and Electronics Engineers (IEEE) 802.11 (Wi-Fi), IEEE 802.16 (WiMAX), IEEE 802.20, Flash-OFDM, as well as other systems and radio technologies not explicitly mentioned herein.<br><br>U.S. Patent No. 12,089,196 at 39:29–40. |

[0025]   Techniques described herein may be used for various wireless communication systems such as CDMA, TDMA, FDMA, OFDMA, SC-FDMA, and other systems. The terms "system" and "network" may often be used interchangeably. A CDMA system may implement a radio technology such as CDMA2000, Universal Terrestrial Radio Access (UTRA), etc. CDMA2000 covers IS-2000, IS-95, and IS-856 standards. IS-2000 Releases 0 and A are commonly referred to as CDMA2000 1×, 1×, etc. IS-856 (TIA-856) is commonly referred to as CDMA2000 1×EV-DO, High Rate Packet Data (HRPD), etc. UTRA includes Wide-band CDMA (WCDMA) and other variants of CDMA. A TDMA system may implement a radio technology such as Global System for Mobile Communications (GSM). An OFDMA system may implement a radio technology such as Ultra Mobile Broadband (UMB), Evolved UTRA (E-UTRA), IEEE 802.11 (Wi-Fi), IEEE 802.16 (WiMAX), IEEE 802.20, Flash-OFDM™, etc. UTRA and E-UTRA are part of Universal Mobile Telecommunication System (UMTS). 3GPP Long Term Evolution (LTE) and LTE-Advanced (LTE-A) are new releases of UMTS that use E-UTRA. UTRA, E-UTRA, UMTS, LTE, LTE-A, and GSM are described in documents from an organization named "3rd Generation Partnership Project" (3GPP). CDMA2000 and UMB are described in documents from an organization named "3rd Generation Partnership Project 2" (3GPP2). The techniques described herein may be used for the systems and radio technologies mentioned above as well as other systems and radio technologies, including cellular (e.g., LTE) communications over a shared radio frequency spectrum band. The description below, however, describes an LTE/LTE-A system for purposes of example, and LTE terminology is used in much of the description below, although the techniques are applicable beyond LTE/LTE-A applications (e.g.,

37

| Claim 1 | Apple Functionality |
|---|---|
| | to fifth generation (5G) new radio (NR) networks or other next generation communication systems). |

[0065] For example, a base station **102** may transmit transmissions according to a 16 QAM modulation and coding scheme (MCS) such to include sixteen constellation symbols in constellation **640**. In such a case, each constellation symbol may correspond to one of the sixteen unique bit sequences that may be represented by a transmitted symbol. Where a base station **102** transmits transmissions according to a 64 QAM MCS, the transmission may include sixty-four constellation symbols such that each constellation symbol may correspond to one of the sixty-four unique bit sequences that may be represented by a transmitted symbol.

[0066] The generation of the LLR for some layer of interest (e.g., the last layer) may be based on a search over some search space around the received symbol of the layer of interest. The generation of the LLR for the layer of interest can include calculating a metric for each element of the search space. The metric may be composed from the hypothesis from the search space and some decisions over the interfering layers that are influenced from the current assumed hypothesis of the layer of interest. The size of the search space may therefore have an important factor on the demodulator complexity. At most the search space size can be over the entire constellation symbols (e.g., size K for a K-QAM constellation).

39

| Claim 1 | Apple Functionality |
|---|---|
| | [0068] In accordance with aspects described herein, however, search space determining component 252 may determine the search space size of constellation 640 for LLR component 615 to use in generating LLRs. In an example, search space determining component 252 can receive an indication of search space size a reduction parameter i, where i=2. In this example, search space determining component 252 can determine to reduce the search space size to $2^{M-i}=2^{4-2}=4$, as shown by reduced search space 642. More generally the search space can be defined by any positive integer J (e.g., J<=K, for a K-QAM modulation). In this example, LLR component 615 can determine LLRs based on the reduced search space 642, which may lower com- |
| | plexity and/or processing power required to generate the LLRs, and may allow for decoding based on the reduced search space 642 where channel conditions achieve a threshold (e.g., where the SRS, CSI, etc., exhibit desirable properties or measurements as described further herein. |
| | . . . |

40

| Claim 1 | Apple Functionality |
|---|---|
| | [0073] In one specific example, search space size determining component 354 can determine the search space size for the UE 104 by inputting the signal metrics or properties received or determined from the one or more signals (e.g., a channel quality value) into a neural network or other AI process. The output of the neural network or AI process may be a reduction parameter, i, (or J for the more general case described above) for determining the search space (e.g., for a specific QAM or otherwise). For example, the more desirable the radio environment (e.g., the better the CSI feedback, the higher the measurement of SRS, etc.), search space size determining component 354 can determine a higher reduction parameter. In an example, the neural network can be used to model previous determined input (e.g., SRS properties or delay, CSI feedback, etc.) and how associated reduction parameters resulted in successful (e.g., ACK) or unsuccessful (NACK) in demodulation. In one example, the neural network can be modeled at a specific base station 102 to model the parameters of UEs 104 that have communicated with that base station 102 over a period of time. In another example, the neural network can be modeled based on simulated results or results of multiple base stations, and provided to the base station 102 for determining search space size (e.g., as a reduction parameter or otherwise).<br><br>U.S. Patent Publ. No. 2022/0321257 ¶¶ 65, 66, 68, 73. |

| Claim 1 | Apple Functionality |
|---|---|
| | In some aspects, the received signal $\vec{y}=H\vec{x}+\vec{n}$ may be written as $\vec{y}=(HT)(T^{-1}\vec{x})+\vec{n}=\tilde{N}\vec{z}+\vec{n}$, where T is a lattice reduction algorithm transformation matrix, such as Lenstra-Lenstra-Lovász (LLL) lattice basis reduction algorithm output transformation matrix, that may be a complex integer matrix where its inverse is also a complex integer matrix. In some aspects, the LLL lattice basis reduction algorithm may be a polynomial time lattice reduction algorithm where given a basis of $B=\{b_1, b_2, \ldots, b_d\}$ with n-dimensional integer coordinates, for a lattice L (a discrete subgroup of $R''$) with d less than or equal to n, the LLL lattice basis reduction algorithm may calculate an LLL reduced lattice |

| Claim 1 | Apple Functionality |
|---|---|
| | basis in time based on $O(d^2 n \log^3 B)$ where B is the largest length of $b_i$ under the Euclidean norm. In some aspects, the LR component **415** may find (i.e., determine) a matrix T such that T, $T^{-1} \in Z_{space} \equiv$ Complex Integer and Condition-Number(H)$\geq$ConditionNumber($\tilde{H}$). In some aspects, the LR component **415** may also find (e.g., determine) the symbols at the transformed Z domain: $\vec{z} = T^{-1}\vec{x}$ and then transform back to the X domain (e.g., after one or more hard decisions are performed in the Z domain).<br><br>    For example, as a first option, in some aspects, all stream signals may be processed by the at the LR component **415** for LR transformation. The decisions may be made for all the stream signals in the Z domain, then the stream signals may be converted back to the X domain. The decisions may be used for streams not of interest. In some aspects, as a second option, cancellation may be performed on one or more stream of interest among the stream signals using a current hypothesis of the transmitted symbol at the stream of interest. Then the LR component **415** may perform the LR transformation for the streams not of interest. For the streams not of interest decisions may be performed over the Z domain and then the stream signals may be converted back to the X domain. In some aspects, the stream of interest may be a last stream. In some aspects, the stream of interest may be streams that are not the last stream.<br><br>U.S. Patent No. 12,323,277 at 16:56–17:25 |

| Claim 1 | Apple Functionality |
|---|---|
| | . . . |
| | In some aspects, a decision error may be detected if the transformed vector from Z to the original constellation exceeds the constellation dimension. A constellation diagram is a representation of a signal modulated by a modulation scheme such as QAM or QPSK. The constellation diagram may display as a two-dimensional xy-plane scatter diagram in the complex plane at symbol sampling instants. Based on the modulation scheme used, symbols (based on the sampling instants) would be on a constellation dimension. For example, for 8-PSK, each symbol may be one of 000, 001, 011, 010, 110, 111, 101, and 100. Other symbols may be outside the constellation dimension. In some aspects, if a decision error is detected, the non-LR PSRD component **420** may be used for processing the streams.<br><br>U.S. Patent No. 12,323,277 at 18:1–15. |

| Claim 1 | Apple Functionality |
|---|---|
| | Certain UEs **104** may communicate with each other using device-to-device (D2D) communication link **158**. The D2D communication link **158** may use the DL/UL wireless wide area network (WWAN) spectrum. The D2D communication link **158** may use one or more sidelink channels, such as a physical sidelink broadcast channel (PSBCH), a physical sidelink discovery channel (PSDCH), a physical sidelink shared channel (PSSCH), and a physical sidelink control channel (PSCCH). D2D communication may be through a variety of wireless D2D communications systems, such as for example, Bluetooth™ (Bluetooth is a trademark of the Bluetooth Special Interest Group (SIG)), Wi-Fi™ (Wi-Fi is a trademark of the Wi-Fi Alliance) based on the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard, LTE, or NR.<br><br>U.S. Patent No. 12,323,277 at 7:49–63. |