# EXHIBIT G

**Claim Chart for U.S. Patent No. 7,218,665**

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| 15. A method for estimating symbols in a supersaturated communications system, comprising the steps of: | To the extent that the preamble is a limitation, the Accused '665 Instrumentalities perform estimating symbols in a supersaturated communications system.<br><br>For example, the Accused '665 Instrumentalities include Qualcomm chipsets that are designed for use in dense LTE and 5G networks, and perform the methods shown in the subsequent limitations.<br><br>San Diego and Cupertino, California — Qualcomm and Apple today announced an agreement to dismiss all litigation between the two companies worldwide. The settlement includes a payment from Apple to Qualcomm. The companies also have reached a six-year license agreement, effective as of April 1, 2019, including a two-year option to extend, and a multiyear chipset supply agreement.<br><br>*Apple Inc.*, Qualcomm and Apple agree to drop all litigation, Apple Newsroom (Apr. 16, 2019), https://www.apple.com/newsroom/2019/04/qualcomm-and-apple-agree-to-drop-all-litigation/. |

1

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | With the C1, Apple is using a cellular modem of its own design for the first time. Apple has been buying cellular modems from Qualcomm, primarily, since the original iPhone in 2007. The iPhone 11, iPhone XS/XR, and 2nd-generation iPhone SE, along with some variants of the iPhone X, featured some 4G LTE cellular modems made by Intel, but since the iPhone began to support 5G with the iPhone 12, all modems have been made by Qualcomm. <br><br> *Jason Cross*, Apple's iPhone C1 5G modem is here: What does it mean and what comes next?, *Macworld* (Feb. 26, 2025), https://www.macworld.com/article/2618003/apple-iphone-c1-5g-modem-faq.html. <br><br> [0026]  The techniques described herein may be used for various wireless communication networks such as CDMA, TDMA, FDMA, OFDMA, SC-FDMA and other networks. The terms "network" and "system" are often used interchangeably. A CDMA network may implement a radio technology such as Universal Terrestrial Radio Access (UTRA), cdma2000, etc. UTRA includes Wideband CDMA (WCDMA) and other variants of CDMA. cdma2000 covers IS-2000, IS-95 and IS-856 standards. A TDMA network may implement a radio technology such as Global System for Mobile Communications (GSM). An OFDMA network may |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | implement a radio technology such as Evolved UTRA (E-UTRA), Ultra Mobile Broadband (UMB), IEEE 802.11 (Wi-Fi), IEEE 802.16 (WiMAX), IEEE 802.20, Flash-OFDM®, etc. UTRA and E-UTRA are part of Universal Mobile Telecommunication System (UMTS). 3GPP Long Term Evolution (LTE) and LTE-Advanced (LTE-A) are new releases of UMTS that use E-UTRA. UTRA, E-UTRA, UMTS, LTE, LTE-A and GSM are described in documents from an organization named "3rd Generation Partnership Project" (3GPP). cdma2000 and UMB are described in documents from an organization named "3rd Generation Partnership Project 2" (3GPP2). The techniques described herein may be used for the wireless networks and radio technologies mentioned above as well as other wireless networks and radio technologies. For clarity, certain aspects of the techniques are described below for LTE, and LTE terminology is used in much of the description below. <br><br> U.S. Patent Publ. No. 2014/0241260 ¶ 26. |
| receiving a plurality of signals, wherein said plurality of signals exceeds a number of signal space dimensions of said system, resulting in an overloaded condition; | The Accused '665 Instrumentalities receive a plurality of signals, wherein said plurality of signals exceeds a number of signal space dimensions of said system, resulting in an overloaded condition <br><br> For example, the Accused '665 Instrumentalities are capable of receiving MIMO Rank 2, 3, or 4 data streams, which will also include reception of interfering signals in dense LTE and 5G networks, that will cause the number of received signals to exceed the number of receive ports or antennas. <br><br> LTE and 5G use a multiple-input multiple-output for downlink transmissions. |

3

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | **5.1.5    Downlink multi-antenna transmission**<br><br>Multi-antenna transmission with 2 and 4 transmit antennas is supported. The maximum number of codeword is two irrespective to the number of antennas with fixed mapping between code words to layers.<br><br>Spatial division multiplexing (SDM) of multiple modulation symbol streams to a single UE using the same time-frequency (-code) resource, also referred to as Single-User MIMO (SU-MIMO) is supported. When a MIMO channel is solely assigned to a single UE, it is known as SU-MIMO. Spatial division multiplexing of modulation symbol streams to different UEs using the same time-frequency resource, also referred to as MU-MIMO, is also supported. There is semi-static switching between SU-MIMO and MU-MIMO per UE.<br><br>In addition, the following techniques are supported:<br><br>- Code-book-based pre-coding with a single pre-coding feedback per full system bandwidth when the system bandwidth (or subset of resource blocks) is smaller or equal to 12RB and per 5 adjacent resource blocks or the full system bandwidth (or subset of resource blocks) when the system bandwidth is larger than 12RB.<br><br>- Rank adaptation with single rank feedback referring to full system bandwidth. Node B can override rank report.<br><br>See e.g., 3GPP TS 36.300 V8.8.0 at pg. 26.<br><br>DCI format 2 carries mobile-specific transmission parameters, including a resource block assignment, subchannel configuration, and precoding information, antenna transmission scheme. For the precoding information, an index value of 0 indicates transmission diversity, and an index, such as 2, indicates a MIMO scheme. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | **5.3.3.1.5 Format 2**<br><br>The following information is transmitted by means of the DCI format 2:<br><br>- Resource allocation header (resource allocation type 0 / type 1) – 1 bit as defined in section 7.1.6 of [3]<br><br>  If downlink bandwidth is less than or equal to 10 PRBs, there is no resource allocation header and resource allocation type 0 is assumed.<br><br>- Resource block assignment:<br><br>  - For resource allocation type 0 defined in section 7.1.6.1 of [3]:<br><br>    - $\left\lceil N_{RB}^{DL} / P \right\rceil$ bits provide the resource allocation<br><br>  - For resource allocation type 1 as defined in section 7.1.6.2 of [3]:<br><br>    - $\left\lceil \log_2(P) \right\rceil$ bits of this field are used as a header specific to this resource allocation type to indicate the selected resource blocks subset<br><br>    - 1 bit indicates a shift of the resource allocation span<br><br>    - $\left( \left\lceil N_{RB}^{DL} / P \right\rceil - \left\lceil \log_2(P) \right\rceil - 1 \right)$ bits provide the resource allocation<br><br>where the value of P depends on the number of DL resource blocks as indicated in subclause 7.1.6.1 of [3]<br><br>- TPC command for PUCCH – 2 bits as defined in section 5.1.2.1 of [3]<br><br>- Downlink Assignment Index (this field is present in TDD for all the uplink –downlink configurations and only applies to TDD operation with uplink –downlink configuration 1-6. This field is not present in FDD) – 2 bits<br><br>- HARQ process number - 3 bits (FDD), 4 bits (TDD)<br><br>- Transport block to codeword swap flag – 1 bit |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
|  | In addition, for transport block 1:<br><br>- Modulation and coding scheme – 5 bits as defined in section 7.1.7 of [3]<br><br>- New data indicator – 1 bit<br><br>- Redundancy version – 2 bits<br><br>In addition, for transport block 2:<br><br>- Modulation and coding scheme – 5 bits as defined in section 7.1.7 of [3]<br><br>- New data indicator – 1 bit<br><br>- Redundancy version – 2 bits<br><br>Precoding information – number of bits as specified in Table 5.3.3.1.5-3<br><br>...<br><br>The interpretation of the precoding information field depends on the number of enabled codewords according to Table 5.3.3.1.5-4 and Table 5.3.3.1.5-5. Note that TPMI indicates which codebook index is used in Table 6.3.4.2.3-1 or Table 6.3.4.2.3-2 of [2]. For a single enabled codeword, indices 18 to 34 inclusive in Table 5.3.3.1.5-5 are only supported for retransmission of the corresponding transport block if that transport block has previously been transmitted using two layers with closed-loop spatial multiplexing.<br><br>...<br><br>**Table 5.3.3.1.5-3: Number of bits for precoding information**<br><br><table><tr><th>Number of antenna ports at eNodeB</th><th>Number of bits for precoding information</th></tr><tr><td>2</td><td>3</td></tr><tr><td>4</td><td>6</td></tr></table> |

6

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | **Table 5.3.3.1.5-4: Content of precoding information field for 2 antenna ports**<br><br>(table below)<br><br>See e.g., 3GPP TS 36.212 V8.8.0 at pgs. 49-52.<br><br>Both resource allocation types 0 and 1 indicate the resource block groups assigned to the UE using a bit map. The bit map indicates whether adjacent resource block groups are used, localized subcarriers, or whether non-adjacent resource block groups are used, distributed subcarriers. |

Table 5.3.3.1.5-4: Content of precoding information field for 2 antenna ports

| One codeword: Codeword 0 enabled, Codeword 1 disabled | | Two codewords: Codeword 0 enabled, Codeword 1 enabled | |
|---|---|---|---|
| **Bit field mapped to index** | **Message** | **Bit field mapped to index** | **Message** |
| 0 | 2 layers: Transmit diversity | 0 | 2 layers: Precoding corresponding to precoder matrix $\frac{1}{2}\begin{bmatrix} 1 & 1 \\ 1 & -1 \end{bmatrix}$ |
| 1 | 1 layer: Precoding corresponding to precoding vector $\begin{bmatrix} 1 & 1 \end{bmatrix}^T / \sqrt{2}$ | 1 | 2 layers: Precoding corresponding to precoder matrix $\frac{1}{2}\begin{bmatrix} 1 & 1 \\ j & -j \end{bmatrix}$ |
| 2 | 1 layer: Precoding corresponding to precoder vector $\begin{bmatrix} 1 & -1 \end{bmatrix}^T / \sqrt{2}$ | 2 | 2 layers: Precoding according to the latest PMI report on PUSCH, using the precoder(s) indicated by the reported PMI(s) |
| ... | ... | ... | ... |

7

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | ### 7.1.6.1 Resource allocation type 0<br><br>In resource allocations of type 0, resource block assignment information includes a bitmap indicating the resource block groups (RBGs) that are allocated to the scheduled UE where a RBG is a set of consecutive physical resource blocks (PRBs). Resource block group size ($P$) is a function of the system bandwidth as shown in Table 7.1.6.1-1. The total number of RBGs ($N_{RBG}$) for downlink system bandwidth of $N_{RB}^{DL}$ PRBs is given by $N_{RBG} = \left\lceil N_{RB}^{DL} / P \right\rceil$ where<br><br>$\left\lfloor N_{RB}^{DL} / P \right\rfloor$ of the RBGs are of size P and if $N_{RB}^{DL} \bmod P > 0$ then one of the RBGs is of size $N_{RB}^{DL} - P \cdot \left\lfloor N_{RB}^{DL} / P \right\rfloor$.<br><br>The bitmap is of size $N_{RBG}$ bits with one bitmap bit per RBG such that each RBG is addressable. The RBGs shall be indexed in the order of increasing frequency and non-increasing RBG sizes starting at the lowest frequency. The order of RBG to bitmap bit mapping is in such way that RBG 0 to RBG $N_{RBG} - 1$ are mapped to MSB to LSB of the bitmap. The RBG is allocated to the UE if the corresponding bit value in the bitmap is 1, the RBG is not allocated to the UE otherwise.<br><br>**Table 7.1.6.1-1: Type 0 Resource Allocation RBG Size vs. Downlink System Bandwidth**<br><br><table><tr><th>System Bandwidth<br>$N_{RB}^{DL}$</th><th>RBG Size<br>($P$)</th></tr><tr><td>≤10</td><td>1</td></tr><tr><td>11 – 26</td><td>2</td></tr><tr><td>27 – 63</td><td>3</td></tr><tr><td>64 – 110</td><td>4</td></tr></table><br><br>See e.g., 3GPP TS 36.213 V8.8.0 at pgs. 22 and 23. |

8

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | ### 7.1.6.2 Resource allocation type 1<br><br>In resource allocations of type 1, a resource block assignment information of size $N_{RBG}$ indicates to a scheduled UE the PRBs from the set of PRBs from one of $P$ RBG subsets. Also $P$ is the RBG size associated with the system bandwidth as shown in Table 7.1.6.1-1. A RBG subset $p$, where $0 \le p < P$, consists of every $P$ th RBG starting from RBG $p$. The resource block assignment information consists of three fields [4].<br><br>The first field with $\lceil \log_2(P) \rceil$ bits is used to indicate the selected RBG subset among $P$ RBG subsets.<br><br>The second field with one bit is used to indicate a shift of the resource allocation span within a subset. A bit value of 1 indicates shift is triggered. Shift is not triggered otherwise.<br><br>The third field includes a bitmap, where each bit of the bitmap addresses a single PRB in the selected RBG subset in such a way that MSB to LSB of the bitmap are mapped to the PRBs in the increasing frequency order. The PRB is allocated to the UE if the corresponding bit value in the bit field is 1, the PRB is not allocated to the UE otherwise. The portion of the bitmap used to address PRBs in a selected RBG subset has size $N_{RB}^{TYPE1}$ and is defined as<br><br>$$N_{RB}^{TYPE1} = \left\lceil N_{RB}^{DL} / P \right\rceil - \left\lceil \log_2(P) \right\rceil - 1$$<br><br>See e.g., 3GPP TS 36.213 V8.8.0 at pg. 23.<br><br><br>Additionally, channel state information, such as channel quality indication (CQI), precoding matrix indicator (PMI) and rank indication (RI) values, can be used by the serving base station to determine grants: |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | ## 7.2 UE procedure for reporting channel quality indication (CQI), precoding matrix indicator (PMI) and rank indication (RI)<br><br>The time and frequency resources that can be used by the UE to report CQI, PMI, and RI are controlled by the eNB. For spatial multiplexing, as given in [3], the UE shall determine a RI corresponding to the number of useful transmission layers. For transmit diversity as given in [3], RI is equal to one.<br><br>CQI, PMI, and RI reporting is periodic or aperiodic.<br><br>A UE shall transmit periodic CQI/PMI, or RI reporting on PUCCH as defined hereafter in subframes with no PUSCH allocation. A UE shall transmit periodic CQI/PMI or RI reporting on PUSCH as defined hereafter in subframes with PUSCH allocation, where the UE shall use the same PUCCH-based periodic CQI/PMI or RI reporting format on PUSCH.<br><br>A UE shall transmit aperiodic CQI/PMI, and RI reporting on PUSCH if the conditions specified hereafter are met. For aperiodic CQI reporting, RI reporting is transmitted only if configured CQI/PMI/RI feedback type supports RI reporting.<br><br>The CQI transmissions on PUCCH and PUSCH for various scheduling modes are summarized in the following table:<br><br>**Table 7.2-1: Physical Channels for Aperiodic or Periodic CQI reporting**<br><br><table><tr><td>Scheduling Mode</td><td>Periodic CQI reporting channels</td><td>Aperiodic CQI reporting channel</td></tr><tr><td>Frequency non-selective</td><td>PUCCH</td><td></td></tr><tr><td>Frequency selective</td><td>PUCCH</td><td>PUSCH</td></tr></table><br><br>See e.g., 3GPP TS 36.213 V8.8.0 at pgs. 33-34; *see also id.* at Section 7.2. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | *PCMag's* testing shows that the iPhone XS showed much faster LTE download speeds than the iPhone X, thanks largely to Apple's (long-awaited) inclusion of 4x4 MIMO in the iPhone XS and iPhone XS Max:<br><br>" *The first thing you see is the effect of the new 4x4 MIMO antennas. In good signal conditions, they double the phone's speeds, but they also help in weak signal conditions. Apple was the last major manufacturer to adopt 4x4 MIMO, and it was desperately needed.*<br>*Between the three 4x4 MIMO phones, you can see that in good signal conditions, the Qualcomm-powered Galaxy Note 9 and Google Pixel 2 still do a bit better than the iPhone XS Max. But as signal gets weaker, the XS Max really competes, showing that it's well tuned.* "<br><br>https://www.bgr.com/tech/iphone-xs-vs-iphone-x-speed-lte-cell-signal/ |

11

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | iPhone 13 ⌄  iPhone 17 Pro Max ⌄  iPhone 17 ⌄<br><br>—  From $1199 or $49.95/mo. for 24 mo.*  From $799 or $33.29/mo. for 24 mo.*<br>—  Shop  Learn more ›  Shop  Learn more ›<br><br>**Cellular and Wireless**<br><br>5G (sub-6 GHz and mmWave) with 4x4 MIMO[16]  5G (sub-6 GHz and mmWave) with 4x4 MIMO[16]  5G (sub-6 GHz and mmWave) with 4x4 MIMO[16]<br><br>Gigabit LTE[16]  Gigabit LTE[16]  Gigabit LTE[16]<br><br>Wi-Fi 6  Wi-Fi 7[17]  Wi-Fi 7[17]<br><br>Bluetooth 5.0  Bluetooth 6  Bluetooth 6<br><br>Apple Ultra Wideband chip[18]  Apple second-generation Ultra Wideband chip[18]  Apple second-generation Ultra Wideband chip[18]<br><br>https://www.apple.com/iphone/compare/?modelList=iphone-13,iphone-17-pro-max,iphone-17. |
| estimating timing, signal amplitudes, phases, polarizations, and identification of active channels for each of said signals in said overloaded condition; | The Accused '665 Instrumentalities estimate timing, signal amplitudes, phases, polarizations, and identification of active channels for each of said signals in said overloaded condition.<br><br>For example, the Accused '665 Instrumentalities estimate timing, signal amplitudes, phases and polarization of received MIMO signals, including during channel estimation and creation of a matrix of channel estimates associated with weighting various signal paths. The Accused '665 Instrumentalities also perform identification of intended received signals and identify interfering signals in a dense LTE or 5G Network.<br><br>Alternatively, Accused '665 Instrumentalities performs channel estimation on a set of signals intended for a UE in the small cell (e.g., pico cell, micro cell) and a set of signals received from the macro cell and filter one out from the other common in the small cells within macro cell. |

12

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | **1.3.2.20    LTE R10 eICIC and CRS IC w/o ABS (Enhanced Inter-Cell Interference Cancellation)** VZ_REQ_LTEB13NAC_36948<br><br>. . .<br><br>**1.3.2.28    Blind    Data    Interference    Cancellation/Supression**<br>VZ_REQ_LTEB13NAC_1238184<br><br>. . .<br><br><table><tr><td>Test Case Name</td><td>Test Plan Id</td><td>Created By</td><td>Created Date</td></tr><tr><td>eICIC GCF RF Conformance Test Cases</td><td>SUPRFCONF13</td><td>Admin User</td><td>01-27-2015 00:00:00</td></tr><tr><td>feICIC PBCH INTERFERENCE CANCELLATION PERFORMANCE</td><td>3GPPB13SUPRRM</td><td>Admin User</td><td>01-27-2015 00:00:00</td></tr><tr><td>feICIC UE Handover Range Extension (10MHz BW)</td><td>3GPPB13SUPRRM</td><td>Admin User</td><td>01-27-2015 00:00:00</td></tr><tr><td>feICIC UE Handover Range Extension (20MHz BW)</td><td>LTEINTERBAND</td><td>Admin User</td><td>01-27-2015 00:00:00</td></tr><tr><td>feICIC UE Handover Range Extension (20MHz BW, Single Interferer)</td><td>LTEINTERBAND</td><td>Admin User</td><td>01-27-2015 00:00:00</td></tr></table><br>Req-7 VZ_REQ_LTEB13NAC_36969<br><br>Verizon Wireless, *LTE 3GPP Band 13 Network Access Requirement Plan (LTEB13NAC)* 126, 141, 373–74 (Version 49, Feb. 2023). |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | [0034]   The coded data for each data stream may be multi-plexed with pilot data using OFDM techniques. The pilot data is typically a known data pattern that is processed in a known manner and may be used at the receiver system to estimate the channel response. The multiplexed pilot and coded data for each data stream is then modulated (e.g., symbol mapped) based on a particular modulation scheme (e.g., Binary Phase Shift Keying (BPSK), Quadrature Phase Shift Keying (QPSK), M-PSK in which M may be a power of two, or M-QAM (Quadrature Amplitude Modulation) selected for that data stream to provide modulation symbols. The data rate, coding and modulation for each data stream may be determined by instructions performed by processor **230** that may be coupled with a memory **232**. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
|  | [0044]   In a heterogeneous network, a UE may improve its performance by utilizing Interference Cancellation (IC) to eliminate interference caused by transmissions from other UEs and/or access points. Cancelling the interference in broadcast signals such as primary synchronization signal (PSS), secondary synchronization signal (SSS), physical broadcast channel (PBCH), and common reference signals (CRS) may enable deep penetration of those signals. Interference cancellation may enhance UE experience by eliminating coverage holes created by strong interferers. Since reference signals may be present over the entire system bandwidth and on every subframe, an interference cancellation (IC) technique that utilizes reference signals (RSs) may enhance decoding and measurement performance of a UE. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | [0045] FIG. **4** illustrates an example block diagram of a wireless communication system comprising an access point and a user equipment, in accordance with certain aspects of the disclosure. The access point **410** may transmit downlink signals, including reference signals, to the UE **420** and receive uplink signals from the UE. Using the received reference signals, the UE may estimate channel characteristics of the communication link. Based on the amount of interference on the received signal, the UE may select a suitable (e.g., preferred) channel estimation algorithm. According to certain aspects, a UE may dynamically select its preferred channel estimation algorithm. Similarly, an access point may dynami-<br><br>cally select its preferred channel estimation algorithm based on the characteristics of the received signal. |

16

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | [0046]   As illustrated in FIG. **4**, the UE may comprise a data receiving component **422** that receives signals from the AP. The UE **420** may calculate one or more metrics based on the characteristics of the received signals by utilizing a metric calculating component **424**. The UE may also have a dynamic channel estimation component **426** that dynamically selects a channel estimation algorithm among two or more channel estimation algorithms based on the metrics. As an example, the UE may select a channel estimation algorithm that utilizes interference cancellation if the received signal is distorted with the signals from interferers. |
| | [0059]   For certain aspects, a channel estimation algorithm with interference cancellation may be selected if there is at least one neighboring AP whose signal strength or SNR is greater than a certain threshold relative to the signal strength or SNR of the serving cell. If there are no interferers, a channel estimation algorithm that does not cancel interference may be selected. |

17

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | [0060]    For certain aspects, a flexible decoding timeline that accommodates possibly different amounts of non-causal RS filter lengths may be used in different channel estimation algorithms.<br><br>U.S. Patent Publ. No. 2011/0194430 A1 ¶¶ , 34, 44–46, 59, 60. |

18

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | 700<br><br>RECEIVE NETWORK ASSISTED INTERFERENCE CANCELLATION INFORMATION FROM A POTENTIALLY INTERFERING NEIGHBOR BASE STATION ⌐702<br><br>PERFORM INTERFERENCE CANCELLATION OR SUPPRESSION WHEN PROCESSING A SIGNAL FROM A SERVING BASE STATION USING THE NAIC INFORMATION ⌐704<br><br>FIG. 7<br><br>FIG. 7 illustrates example operations 700 that may be performed by a UE to perform interference cancellation or interference mitigation based on network assisted interference cancellation information in accordance with aspects of the present disclosure. Operations 700 may begin at 702, where a UE can receive network assisted interference cancellation (NAIC) information from a potentially interfering neighbor base station. At 704, the UE can perform interference cancellation or suppression when processing a signal from a serving base station using the NAIC information. |

19

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | The eNBs **204** may have multiple antennas supporting MIMO technology. The use of MIMO technology enables the eNBs **204** to exploit the spatial domain to support spatial multiplexing, beamforming, and transmit diversity. Spatial multiplexing may be used to transmit different streams of data simultaneously on the same frequency. The data streams may be transmitted to a single UE **206** to increase the data rate or to multiple UEs **206** to increase the overall system capacity. This is achieved by spatially precoding each data stream (e.g., applying a scaling of an amplitude and a phase) and then transmitting each spatially precoded stream through multiple transmit antennas on the DL. The spatially precoded data streams arrive at the UE(s) **206** with different spatial signatures, which enables each of the UE(s) **206** to recover the one or more data streams destined for that UE **206**. On the UL, each UE **206** transmits a spatially precoded data stream, which enables the eNB **204** to identify the source of each spatially precoded data stream. |
| | U.S. Patent No. 9,641,310 at 7:24–41; 13:1–10. |
| filtering each of said signals producing a plurality of filtered signals in said overloaded condition; | The Accused '665 Instrumentalities filter each of said signals producing a plurality of filtered signals in said overloaded condition partially decorrelate. For example, the Accused '665 Instrumentalities perform channel estimation on the received MIMO signal that separates the different spatial layers and the interfering signals. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | Alternatively, the Apple Accused Products perform channel estimation on a set of signals intended for a UE in the small cell (e.g., pico cell, micro cell) and a set of signals received from the macro cell and filter one out from the other common in the small cells within macro cell.<br><br>[0034] The coded data for each data stream may be multiplexed with pilot data using OFDM techniques. The pilot data is typically a known data pattern that is processed in a known manner and may be used at the receiver system to estimate the channel response. The multiplexed pilot and coded data for each data stream is then modulated (e.g., symbol mapped) based on a particular modulation scheme (e.g., Binary Phase Shift Keying (BPSK), Quadrature Phase Shift Keying (QPSK), M-PSK in which M may be a power of two, or M-QAM (Quadrature Amplitude Modulation) selected for that data stream to provide modulation symbols. The data rate, coding and modulation for each data stream may be determined by instructions performed by processor 230 that may be coupled with a memory 232. |

21

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | [0044]    In a heterogeneous network, a UE may improve its performance by utilizing Interference Cancellation (IC) to eliminate interference caused by transmissions from other UEs and/or access points. Cancelling the interference in broadcast signals such as primary synchronization signal (PSS), secondary synchronization signal (SSS), physical broadcast channel (PBCH), and common reference signals (CRS) may enable deep penetration of those signals. Interference cancellation may enhance UE experience by eliminating coverage holes created by strong interferers. Since reference signals may be present over the entire system bandwidth and on every subframe, an interference cancellation (IC) technique that utilizes reference signals (RSs) may enhance decoding and measurement performance of a UE. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
|  | [0045]    FIG. **4** illustrates an example block diagram of a wireless communication system comprising an access point and a user equipment, in accordance with certain aspects of the disclosure. The access point **410** may transmit downlink signals, including reference signals, to the UE **420** and receive uplink signals from the UE. Using the received reference signals, the UE may estimate channel characteristics of the communication link. Based on the amount of interference on the received signal, the UE may select a suitable (e.g., preferred) channel estimation algorithm. According to certain aspects, a UE may dynamically select its preferred channel estimation algorithm. Similarly, an access point may dynamically select its preferred channel estimation algorithm based on the characteristics of the received signal. |

23

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
|  | [0046]  As illustrated in FIG. 4, the UE may comprise a data receiving component 422 that receives signals from the AP. The UE 420 may calculate one or more metrics based on the characteristics of the received signals by utilizing a metric calculating component 424. The UE may also have a dynamic channel estimation component 426 that dynamically selects a channel estimation algorithm among two or more channel estimation algorithms based on the metrics. As an example, the UE may select a channel estimation algorithm that utilizes interference cancellation if the received signal is distorted with the signals from interferers. |
|  | [0059]  For certain aspects, a channel estimation algorithm with interference cancellation may be selected if there is at least one neighboring AP whose signal strength or SNR is greater than a certain threshold relative to the signal strength or SNR of the serving cell. If there are no interferers, a channel estimation algorithm that does not cancel interference may be selected. |

24

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | **[0060]** For certain aspects, a flexible decoding timeline that accommodates possibly different amounts of non-causal RS filter lengths may be used in different channel estimation algorithms.<br><br>U.S. Patent Publ. No. 2011/0194430 A1 ¶¶ , 34, 44–46, 59, 60. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| |  |

FIG. 7 illustrates example operations **700** that may be performed by a UE to perform interference cancellation or interference mitigation based on network assisted interference cancellation information in accordance with aspects of the present disclosure. Operations **700** may begin at **702**, where a UE can receive network assisted interference cancellation (NAIC) information from a potentially interfering neighbor base station. At **704**, the UE can perform interference cancellation or suppression when processing a signal from a serving base station using the NAIC information.

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | The eNBs **204** may have multiple antennas supporting MIMO technology. The use of MIMO technology enables the eNBs **204** to exploit the spatial domain to support spatial multiplexing, beamforming, and transmit diversity. Spatial multiplexing may be used to transmit different streams of data simultaneously on the same frequency. The data streams may be transmitted to a single UE **206** to increase the data rate or to multiple UEs **206** to increase the overall system capacity. This is achieved by spatially precoding each data stream (e.g., applying a scaling of an amplitude and a phase) and then transmitting each spatially precoded stream through multiple transmit antennas on the DL. The spatially precoded data streams arrive at the UE(s) **206** with different spatial signatures, which enables each of the UE(s) **206** to recover the one or more data streams destined for that UE **206**. On the UL, each UE **206** transmits a spatially precoded data stream, which enables the eNB **204** to identify the source of each spatially precoded data stream.<br><br>U.S. Patent No. 9,641,310 at 7:24–41; 13:1–10. |
| partially decorrelating multi-access interference and partially whitening noise from said plurality of filtered signals in said overloaded condition; and | The Accused '665 Instrumentalities partially decorrelate multi-access interference and partially whitening noise from said plurality of filtered signals in said overloaded condition.<br><br>For example, the Accused '665 Instrumentalities engage in interference whitening and symbol detection that further decorrelates multi-access interference and whitening noise from channel-estimated signals. |

27

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| |  |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
|  | In an aspect of the present disclosure, interference may be estimated at each terminal **120**. The interference may originate from at least one of: one or more BSs **110** of one or more neighboring cells, or from one or more other terminals **120**. The estimated interference may be then utilized at the terminal **120** for computing a whitening matrix as a part of whitened minimum mean square error (MMSE) receiver of the terminal **120**. In another aspect of the present disclosure, interference may be also estimated at each BS **110**, wherein the interference may originate from one or more neighboring cells. The estimated interference may be then utilized at the BS **110** for computing a whitening matrix as a part of whitened MMSE receiver of the BS **110**.<br><br>U.S. Patent No. 8,811,550 5:20–32 |

29

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | The processor **306** can be a processor dedicated to analyzing information received by the receiver component **302** and/or generating information for transmission by a transmitter **308**. In addition or alternatively, the processor **306** can control one or more components of the system **300**, analyze information received by the receiver component **302**, generate information for transmission by the transmitter **308**, and/or control one or more components of the system **300**. The processor **306** may comprise a controller component capable of coordinating communications with additional user devices. In an aspect of the present disclosure, the processor **306** may be capable of computing a whitening matrix based on interference estimates. The whitening matrix may be then used by the receiver component **302** for filtering of the received signal.<br><br>U.S. Patent No. 8,811,550 at 6:33–46. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| |  |



FIG. 7 illustrates example operations 700 that may be performed by a UE to perform interference cancellation or interference mitigation based on network assisted interference cancellation information in accordance with aspects of the present disclosure. Operations 700 may begin at 702, where a UE can receive network assisted interference cancellation (NAIC) information from a potentially interfering neighbor base station. At 704, the UE can perform interference cancellation or suppression when processing a signal from a serving base station using the NAIC information.

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | The eNBs **204** may have multiple antennas supporting MIMO technology. The use of MIMO technology enables the eNBs **204** to exploit the spatial domain to support spatial multiplexing, beamforming, and transmit diversity. Spatial multiplexing may be used to transmit different streams of data simultaneously on the same frequency. The data streams may be transmitted to a single UE **206** to increase the data rate or to multiple UEs **206** to increase the overall system capacity. This is achieved by spatially precoding each data stream (e.g., applying a scaling of an amplitude and a phase) and then transmitting each spatially precoded stream through multiple transmit antennas on the DL. The spatially precoded data streams arrive at the UE(s) **206** with different spatial signatures, which enables each of the UE(s) **206** to recover the one or more data streams destined for that UE **206**. On the UL, each UE **206** transmits a spatially precoded data stream, which enables the eNB **204** to identify the source of each spatially precoded data stream. |
| | U.S. Patent No. 9,641,310 at 7:24–41; 13:1–10. |
| performing a hypothesis pruning procedure on said signals to produce a bit stream, wherein said hypothesis pruning defers decisions. | The Accused '665 Instrumentalities performing a hypothesis pruning procedure on said signals to produce a bit stream, wherein said hypothesis pruning defers decisions. partially decorrelate multi-access interference and partially whitening noise from said plurality of filtered signals in said overloaded condition.<br><br>For example, the Accused '665 Instrumentalities perform lattice reduction and per-stream recursive demapping (LR-PSRD) demodulation, wherein the lattice reduction component functions as a hypothesis pruning procedure—processing received stream signals in the lattice-reduced Z domain and making initial hard decisions—and, upon detection of a decision error indicating the hypothesis falls outside the constellation |

32

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | dimension, deferring the decision to the per-stream recursive demapping (PSRD) component for near-maximum-likelihood processing of the affected streams on a per-stream basis.<br><br>Methods for detection of MIMO signals may have differing complexity and accuracy, and thus there may be a trade-off between accurate detection on one hand, and simple or fast detection on the other. For example, linear detectors using a zero-forcing (ZF) or a minimum mean squared error (MMSE) algorithm may have a simpler design, but a lower accuracy as compared with near maximum likelihood (near ML) demapping methods such as per-stream recursive demapping (PSRD) methods. Some aspects provided herein enable a way to improve the PSRD demapping by combining it with LR based techniques. The combined LR will improve the PSRD performance at the high SNR range, while preserving similar performance to PSRD at the low SNR range. For example, aspects include demodulation of wireless communication based on a combination of lattice reduction (LR) and PSRD.<br><br>U.S. Patent No. 12,323,277 at 2:65–3:13. |

33

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
|  | In some aspects, the received signal $\vec{y}=H\vec{x}+\vec{n}$ may be written as $\vec{y}=(HT)(T^{-1}\vec{x})+\vec{n}=\tilde{N}\vec{z}+\vec{n}$, where T is a lattice reduction algorithm transformation matrix, such as Lenstra-Lenstra-Lovász (LLL) lattice basis reduction algorithm output transformation matrix, that may be a complex integer matrix where its inverse is also a complex integer matrix. In some aspects, the LLL lattice basis reduction algorithm may be a polynomial time lattice reduction algorithm where given a basis of $B=\{b_1, b_2, \ldots, b_d\}$ with n-dimensional integer coordinates, for a lattice L (a discrete subgroup of $R''$) with d less than or equal to n, the LLL lattice basis reduction algorithm may calculate an LLL reduced lattice |

34

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | basis in time based on $O(d^5n \log^5 B)$ where B is the largest length of $b_i$ under the Euclidean norm. In some aspects, the LR component **415** may find (i.e., determine) a matrix T such that T, $T^{-1} \in Z_{space} \equiv$ Complex Integer and Condition-Number(H)$\geq$ConditionNumber($\tilde{H}$). In some aspects, the LR component **415** may also find (e.g., determine) the symbols at the transformed Z domain: $\vec{z}=T^{-1}\vec{x}$ and then transform back to the X domain (e.g., after one or more hard decisions are performed in the Z domain).<br><br>For example, as a first option, in some aspects, all stream signals may be processed by the at the LR component **415** for LR transformation. The decisions may be made for all the stream signals in the Z domain, then the stream signals may be converted back to the X domain. The decisions may be used for streams not of interest. In some aspects, as a second option, cancellation may be performed on one or more stream of interest among the stream signals using a current hypothesis of the transmitted symbol at the stream of interest. Then the LR component **415** may perform the LR transformation for the streams not of interest. For the streams not of interest decisions may be performed over the Z domain and then the stream signals may be converted back to the X domain. In some aspects, the stream of interest may be a last stream. In some aspects, the stream of interest may be streams that are not the last stream. |
| | U.S. Patent No. 12,323,277 at 16:56–17:25. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | . . . |
| | In some aspects, a decision error may be detected if the transformed vector from Z to the original constellation exceeds the constellation dimension. A constellation diagram is a representation of a signal modulated by a modulation scheme such as QAM or QPSK. The constellation diagram may display as a two-dimensional xy-plane scatter diagram in the complex plane at symbol sampling instants. Based on the modulation scheme used, symbols (based on the sampling instants) would be on a constellation dimension. For example, for 8-PSK, each symbol may be one of 000, 001, 011, 010, 110, 111, 101, and 100. Other symbols may be outside the constellation dimension. In some aspects, if a decision error is detected, the non-LR PSRD component **420** may be used for processing the streams.<br><br>U.S. Patent No. 12,323,277 at 18:1–15. |

| Claim 15 | Accused '665 Instrumentalities |
|---|---|
| | Certain UEs **104** may communicate with each other using device-to-device (D2D) communication link **158**. The D2D communication link **158** may use the DL/UL wireless wide area network (WWAN) spectrum. The D2D communication link **158** may use one or more sidelink channels, such as a physical sidelink broadcast channel (PSBCH), a physical sidelink discovery channel (PSDCH), a physical sidelink shared channel (PSSCH), and a physical sidelink control channel (PSCCH). D2D communication may be through a variety of wireless D2D communications systems, such as for example, Bluetooth™ (Bluetooth is a trademark of the Bluetooth Special Interest Group (SIG)), Wi-Fi™ (Wi-Fi is a trademark of the Wi-Fi Alliance) based on the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard, LTE, or NR.<br><br>U.S. Patent No. 12,323,277 at 7:49–63. |

37