# EXHIBIT H

**Claim Chart for U.S. Patent No. 9,635,190**

| Claim 14 | Apple Functionality |
|---|---|
| A method for communicating data selectively via heterogeneous communication network links, the method comprising: | To the extent that the preamble is a limitation, the Accused '190 Instrumentalities perform a method for communicating data selectively via heterogeneous communication network links, the method comprising.<br><br>Apple devices use Multipath TCP and/or Wi-Fi Assist to assist with selectively communicating using both cellular and wi-fi.<br><br>**Improving network reliability using Multipath TCP**<br><br>Use the available radios in iOS devices to improve your app's network reliability and performance.<br><br>**Overview**<br><br>When using your app on an iOS device, users are likely to move in and out of range of Wi-Fi, switching to cellular networks and back again.<br><br>Multipath TCP improves the performance of your app when a user is in a location with limited Wi-Fi and while their device is transitioning to and from cellular data usage. In its default configuration, a URL session uses a single radio for a network call, preferring Wi-Fi over cellular. However, with Multipath TCP enabled, the URL session initiates the request on both radios and selects the more responsive of the two with a preference for Wi-Fi.<br><br>**Limitations when using Multipath TCP with Wi-Fi Assist**<br><br>Because Wi-Fi Assist is a user selectable, device-wide option, there are a few limitations when using Multipath TCP with that option enabled:<br><br>• Wi-Fi Assist prevents flows from using cellular data when your app is in the background.<br><br>• Wi-Fi Assist limits the amount of data that your app can send over cellular networks. When the limit is reached, Multipath TCP is disabled.<br><br>Wi-Fi Assist is integrated into the `URLSession` API and doesn't require any changes to the session configuration. At the start of each URL session task, Wi-Fi Assist determines whether to use Wi-Fi or cellular data for the connection.<br><br>After the URL session task begins, Wi-Fi Assist doesn't change from Wi-Fi to cellular or from cellular to Wi-Fi. Multipath TCP extends the performance-improving capabilities of Wi-Fi Assist to provide seamless radio transition and improved throughput.<br><br>Source: Improving network reliability using Multipath TCP | Apple Developer Documentation |

1

| Claim 14 | Apple Functionality |
|---|---|
| | **Multipath TCP on your iPhone or iPad**<br><br>iPhone and iPad use MPTCP with an active cellular data connection to make two connections:<br><br>• A primary TCP connection over Wi-Fi<br>• A backup connection over cellular data<br><br>If Wi-Fi becomes unavailable or unresponsive, iOS uses the cellular data connection.<br><br>MPTCP uses TCP Option field 30, which the Internet Assigned Number Authority (IANA) reserves for this use. If any middleboxes, such as routers or switches, between the iOS device and server don't support MPTCP, iOS makes a standard TCP connection.<br><br>For example, when you ask Siri a question, Siri tries to make an MPTCP connection over Wi-Fi. If successful, Siri creates a backup connection over cellular data. If Wi-Fi becomes unavailable or unreliable, MPTCP immediately and invisibly switches to cellular data.<br><br>Source: Use Multipath TCP to create backup connections for iOS - Apple Support<br><br>**How Wi-Fi Assist works**<br><br>With Wi-Fi Assist, you can stay connected to the Internet even if you have a poor Wi-Fi connection. For example, if you're using Safari with a poor Wi-Fi connection and a webpage doesn't load, Wi-Fi Assist will activate and automatically switch to cellular so that the webpage continues to load. You can use Wi-Fi Assist with most apps like Safari, Apple Music, Mail, Maps, and more.<br><br>When Wi-Fi Assist is activated, you'll see the cellular data icon in the status bar on your device.<br><br>Because you'll stay connected to the Internet over cellular when you have a poor Wi-Fi connection, you might use more cellular data. For most users, this should only be a small percentage higher than previous usage. If you have questions about your data usage, learn more about managing your cellular data.<br><br>You can use Wi-Fi Assist with any iOS device with iOS 9 or later, except for these models: iPhone 4s, iPad 2 Wi-Fi+Cellular, iPad (3rd generation) Wi-Fi+Cellular, and iPad mini (1st generation) Wi-Fi+Cellular.<br><br>Source: https://support.apple.com/en-us/102228 |

| Claim 14 | Apple Functionality |
|---|---|
| Receiving, from a NLS via a network, link selection information based on respective data costs associated with communicating data via a plurality of heterogeneous network links each linking to one or more networks, wherein the respective data costs includes respective data costs based on past data cost information; | The Accused '190 Instrumentalities receive, from a NLS via a network (a remote server in the network), link selection information based on respective data costs associated with communicating data via a plurality of heterogenous network links linking to one or more networks (e.g., L4S congestion notifications, latency or RTT measurements, or similar data about available cellular or wi-fi connections), wherein the respective data costs includes respective data costs based on past data cost information (i.e., data costs from prior transmissions).<br><br>**Improving network reliability using Multipath TCP**<br>Use the available radios in iOS devices to improve your app's network reliability and performance.<br><br>**Overview**<br>When using your app on an iOS device, users are likely to move in and out of range of Wi-Fi, switching to cellular networks and back again.<br><br>Multipath TCP improves the performance of your app when a user is in a location with limited Wi-Fi and while their device is transitioning to and from cellular data usage. In its default configuration, a URL session uses a single radio for a network call, preferring Wi-Fi over cellular. However, with Multipath TCP enabled, the URL session initiates the request on both radios and selects the more responsive of the two with a preference for Wi-Fi. |

3

| Claim 14 | Apple Functionality |
|---|---|
| | ## Multipath TCP on your iPhone or iPad<br><br>iPhone and iPad use MPTCP with an active cellular data connection to make two connections:<br><br>• A primary TCP connection over Wi-Fi<br>• A backup connection over cellular data<br><br>If Wi-Fi becomes unavailable or unresponsive, iOS uses the cellular data connection.<br><br>MPTCP uses TCP Option field 30, which the Internet Assigned Number Authority (IANA) reserves for this use. If any middleboxes, such as routers or switches, between the iOS device and server don't support MPTCP, iOS makes a standard TCP connection.<br><br>For example, when you ask Siri a question, Siri tries to make an MPTCP connection over Wi-Fi. If successful, Siri creates a backup connection over cellular data. If Wi-Fi becomes unavailable or unreliable, MPTCP immediately and invisibly switches to cellular data.<br><br>Source: Use Multipath TCP to create backup connections for iOS - Apple Support<br><br>## URLSessionConfiguration.MultipathServiceType.interactive<br><br>A service whereby Multipath TCP attempts to use the lowest-latency interface.<br><br>Source: URLSessionConfiguration.MultipathServiceType.interactive \| Apple Developer Documentation |

| Claim 14 | Apple Functionality |
|---|---|
| | <br>Source: https://developer.apple.com/videos/play/wwdc2019/712/ around 47:35 ("Traditionally, Wi-Fi assist has only been taking very limited amount of information into account to decide whether Wi-Fi is good enough. Now in iOS 13, we changed that. We made it such that all components in the system are providing information into Wi-Fi Assist so that Wi-Fi Assist has a full cross-layer mobility detection. The lower layers, Wi-Fi and cell, are providing information about the signal quality in a much…more fine-grained way than in iOS 12."). |

| **Claim 14** | **Apple Functionality** |
| --- | --- |
| |  Source: https://developer.apple.com/videos/play/wwdc2023/10004/ <br><br> **Overview** <br><br> With Low Latency, Low Loss, and Scalable Throughput (L4S) applications can have both low network delays and high throughput. L4S benefits most applications, such as conversational audio/video apps, interactive apps with dynamic content, interactive video, live streaming, cloud or online gaming, and virtual or augmented reality. In any end-to-end path from client to server (or server to client), there's one slowest link at any moment of time, called the bottleneck. When the sender's rate is higher than the bottleneck link rate, a queue builds up at the bottleneck, leading to increased delays and eventual loss, which tells the sender it needs to slow down. <br><br> L4S uses an Explicit Congestion Notification (ECN) mechanism to give early warning of congestion at the bottleneck link by marking a Congestion Experienced (CE) codepoint in the IP header of packets. After receiving the packets, the receiver echoes this congestion information to the sender in the acknowledgement (ACK) packets of the transport protocol. The sender uses this congestion feedback to reduce its sending rate to avoid delay at the bottleneck. L4S requires implementation updates at end devices as well as on the network bottleneck. Beginning with iOS 17 and iPadOS 17, Apple supports L4S on its platforms for some users, for the QUIC and TCP networking stacks. |

| Claim 14 | Apple Functionality |
|---|---|
| | **Turn on L4S on Apple Devices**<br><br>Apple's QUIC implementation fully supports L4S, whereas Apple's TCP implementation supports only the receiver-side L4S. Apple's FaceTime application also supports L4S. As L4S may not be enabled for all users, turn on L4S support for QUIC, TCP, and FaceTime on iOS and iPadOS devices by turning on L4S in Developer settings.<br><br>Source:    https://developer.apple.com/documentation/network/testing-and-debugging-l4s-in-your-app (explaining that Apple uses L4S for its own applications such as FaceTime and encouraging developers to do the same) |
| selecting, from among the plurality of heterogeneous network links based on the received link selection information, one or more network links to communicate data between a remote network node and a user device remotely communicating with the NLS via the network; and | Multipath TCP and/or Wi-Fi Assist functionality in the Accused '190 Instrumentalities selects from among multiple heterogeneous network links (e.g., WiFi or cellular links) based on the received link selection information as shown above.<br><br>**Improving network reliability using Multipath TCP**<br><br>Use the available radios in iOS devices to improve your app's network reliability and performance.<br><br>**Overview**<br><br>When using your app on an iOS device, users are likely to move in and out of range of Wi-Fi, switching to cellular networks and back again.<br><br>Multipath TCP improves the performance of your app when a user is in a location with limited Wi-Fi and while their device is transitioning to and from cellular data usage. In its default configuration, a URL session uses a single radio for a network call, preferring Wi-Fi over cellular. However, with Multipath TCP enabled, the URL session initiates the request on both radios and selects the more responsive of the two with a preference for Wi-Fi. |

7

| Claim 14 | Apple Functionality |
|---|---|
|  | **Multipath TCP on your iPhone or iPad**<br><br>iPhone and iPad use MPTCP with an active cellular data connection to make two connections:<br><br>• A primary TCP connection over Wi-Fi<br>• A backup connection over cellular data<br><br>If Wi-Fi becomes unavailable or unresponsive, iOS uses the cellular data connection.<br><br>MPTCP uses TCP Option field 30, which the Internet Assigned Number Authority (IANA) reserves for this use. If any middleboxes, such as routers or switches, between the iOS device and server don't support MPTCP, iOS makes a standard TCP connection.<br><br>For example, when you ask Siri a question, Siri tries to make an MPTCP connection over Wi-Fi. If successful, Siri creates a backup connection over cellular data. If Wi-Fi becomes unavailable or unreliable, MPTCP immediately and invisibly switches to cellular data.<br><br>Source: Use Multipath TCP to create backup connections for iOS - Apple Support<br><br>**URLSessionConfiguration.MultipathServiceType .interactive**<br><br>A service whereby Multipath TCP attempts to use the lowest-latency interface.<br><br>Source: URLSessionConfiguration.MultipathServiceType.interactive \| Apple Developer Documentation |

| Claim 14 | Apple Functionality |
|---|---|
|  |  Source: https://developer.apple.com/videos/play/wwdc2019/712/ around 47:35 ("Traditionally, Wi-Fi assist has only been taking very limited amount of information into account to decide whether Wi-Fi is good enough. Now in iOS 13, we changed that. We made it such that all components in the system are providing information into Wi-Fi Assist so that Wi-Fi Assist has a full cross-layer mobility detection. The lower layers, Wi-Fi and cell, are providing information about the signal quality in a much…more fine-grained way than in iOS 12."). |

| Claim 14 | Apple Functionality |
|---|---|
| |  Source: https://developer.apple.com/videos/play/wwdc2023/10004/ <br><br> **Overview** <br><br> With Low Latency, Low Loss, and Scalable Throughput (L4S) applications can have both low network delays and high throughput. L4S benefits most applications, such as conversational audio/video apps, interactive apps with dynamic content, interactive video, live streaming, cloud or online gaming, and virtual or augmented reality. In any end-to-end path from client to server (or server to client), there's one slowest link at any moment of time, called the bottleneck. When the sender's rate is higher than the bottleneck link rate, a queue builds up at the bottleneck, leading to increased delays and eventual loss, which tells the sender it needs to slow down. <br><br> L4S uses an Explicit Congestion Notification (ECN) mechanism to give early warning of congestion at the bottleneck link by marking a Congestion Experienced (CE) codepoint in the IP header of packets. After receiving the packets, the receiver echoes this congestion information to the sender in the acknowledgement (ACK) packets of the transport protocol. The sender uses this congestion feedback to reduce its sending rate to avoid delay at the bottleneck. L4S requires implementation updates at end devices as well as on the network bottleneck. Beginning with iOS 17 and iPadOS 17, Apple supports L4S on its platforms for some users, for the QUIC and TCP networking stacks. |

10

| Claim 14 | Apple Functionality |
|---|---|
| | **Turn on L4S on Apple Devices**<br><br>Apple's QUIC implementation fully supports L4S, whereas Apple's TCP implementation supports only the receiver-side L4S. Apple's FaceTime application also supports L4S. As L4S may not be enabled for all users, turn on L4S support for QUIC, TCP, and FaceTime on iOS and iPadOS devices by turning on L4S in Developer settings.<br><br>Source: https://developer.apple.com/documentation/network/testing-and-debugging-l4s-in-your-app |
| communicating the data via the selected link. | Multipath TCP and/or Wi-Fi Assist allows the device to continue communicating with the pertinent application on the chosen network link. |

11