**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 7:26-cv-00273-DC<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant's unopposed motion seeking a 44-day extension of the deadline to answer, move, or otherwise respond to Plaintiff's Complaint. After due consideration of the motion, and noting its unopposed nature, the Court is of the opinion that it should be granted.

Accordingly, the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1) shall be extended from the current deadline of August 12, 2026 to the new deadline of September 25, 2026.

So ordered on August ___, 2026.

________________________________________

UNITED STATES DISTRICT COURT JUDGE